UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>LUKE BRUGNARA,<br>Defendant. | Case No. 08-CR-00222 WHA<br><br>Case No. 14-CR-00306 VC<br><br>**ORDER VACATING PRELIMINARY HEARING**<br><br>Dkt. 262/13 |

  The Court vacates the preliminary probable cause hearing scheduled for June 16 in the revocation proceeding in case number 08-CR-00222 WHA. In *United States v. Diaz-Burgos*, 601 F.2d 983, 984-85 (9th Cir. 1979), the Ninth Circuit held that a preliminary hearing was not necessary in a revocation proceeding when the defendant was "already in custody at the time of the revocation proceeding by reason of a second . . . prosecution."

  In this case, as detailed in the Court's detention orders, defendant Brugnara was charged by criminal complaint on May 28, 2014, with mail fraud. That new charge (now by indictment returned June 5, 2014) is set forth in case number 14-CR-00306 VC.

  In opposition to the government's motion to vacate the preliminary hearing, Brugnara

questions whether Magistrate Judge Corley's May 30 detention order applied to both cases or only to the revocation proceeding. Dkt. 250 (WHA) and 7 (VC). That mystery is quickly resolved by review of Judge Corley's order. The order was filed in both cases. The caption lists both cases. The first sentence states that "These related matters came before the Court on May 30, 2014." The first paragraph discusses the charges in both cases. *Id.*

Judge Corley ordered Brugnara detained in both cases. As a result, Brugnara concedes that, under Ninth Circuit precedent, he has no right to a preliminary hearing under Rule 32.1. Dkt. 16 at 5. The preliminary hearing is VACATED.

IT IS SO ORDERED.

Date: June 13, 2014

Nathanael M. Cousins
United States Magistrate Judge