IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LUKE D. BRUGNARA,

    Defendant.

No. CR 14-00306 WHA

**SECOND NOTICE RE TRIAL SCHEDULE**

Recently at hearing, the Court settled on August 4 for the week of the trial in this prosecution. For the next status conference on June 24 — in *United States of America v. Brugnara*, No. CR 08-00222 — counsel for both sides will please be prepared to discuss the following alternative:

- Jury selection beginning at **7:30 AM ON AUGUST 4**;

- Opening statements beginning at **7:30 AM ON AUGUST 11**; and

- Trial continuing through **THE WEEK OF AUGUST 11 AND THE WEEK OF AUGUST 18**, as needed.

Again, if Assistant Federal Public Defender Brandon LeBlanc and the Federal Public Defender's Office are going to recuse themselves on account of being witnesses, or for any other reason, please do promptly so that the August 4 date remains viable.

Dated: June 19, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE