STEVEN G. KALAR
Federal Public Defender
BRANDON M. LEBLANC
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Email: brandon_leblanc@fd.org

Counsel for Defendant Luke Brugnara

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUKE BRUGNARA,<br><br>Defendant. | CASE NO. CR 14-00306 WHA<br>CASE NO. CR 08-00222 WHA<br><br>**MOTION TO WITHDRAW AS COUNSEL OF RECORD**; **[PROPOSED] ORDER** |

## INTRODUCTION

Assistant Federal Public Defender Brandon LeBlanc and the Office of the Federal Public Defender respectfully move this Court for permission to withdraw from the representation of Defendant Luke Brugnara in criminal matters CR 08-00222 WHA and CR 14-00306 WHA.

## MOTION

On May 28, 2014, Mr. Brugnara was arrested by the F.B.I. for mail fraud, in violation of 18 U.S.C. § 1341. *See* CR 14-00306, Docket Entry Nos. 1, 11. Mr. Brugnara made his initial appearance before Magistrate Judge Jacqueline S. Corley on the same day. *See* CR 14-00306, Docket Entry No. 5. During his initial appearance and during many subsequent court

appearances in the weeks that followed, Mr. Brugnara – including during his testimony before this Court on June 17, 2014 and June 18, 2014 – made myriad statements on the record which have implicated undersigned defense counsel as being a witness in his case(s).[1]

This Court, aware of the potential attorney-witness problem (even prior to Mr. Brugnara's testimony), has twice-filed orders urging undersigned defense counsel to evaluate and make a swift and conclusive determination as to whether a conflict exists such that withdrawal is necessary. *See* Docket Entry Nos. 272, 277.

In response, undersigned counsel, Federal Public Defender Steven G. Kalar, and other senior members of the Office of the Federal Public Defender, have extensively discussed Mr. Brugnara's case(s) and any ethical issues surrounding this Office's continued representation of him. To assist this Office in thoroughly evaluating any potential conflict(s), two independent legal ethicists (both unaffiliated with this Office) were also consulted at length.

It is that the uniform conclusion of this Office, Federal Defender Kalar, and both legal ethicists who were consulted is that, in light of, *inter alia*, Civil Local Rule 11-4 (governing the Standards of Professional Conduct), the American Bar Association's Model Rule of Professional Conduct 3.7 (governing the lawyer as witness), and California Rule of Professional Conduct 3-100, a conflict exists that demands undersigned counsel immediately withdraw from representing Mr. Brugnara.

//
//
//
//
//

---

[1] It is anticipated that Mr. Brugnara would continue to do so at trial, further exacerbating the existing conflict.

MOT. TO WITHDRAW
*U.S. v. Brugnara*, CR 14-00306 WHA
*U.S. v. Brugnara*, CR 08-00222 WHA      2

**CONCLUSION**

As such, undersigned counsel and the Office of the Federal Public Defender respectfully move this Court for an order permitting them to withdraw as counsel of record in CR 08-00222 WHA and CR 14-00306 WHA.

Dated: June 23, 2014

                                        Respectfully submitted,

                                        STEVEN G. KALAR
                                        Federal Public Defender

                                        /S/

                                        BRANDON M. LEBLANC
                                        Assistant Federal Public Defender

**[PROPOSED] ORDER**

For the reasons stated by counsel, and good cause appearing, IT IS ORDERED that Assistant Federal Public Defender Brandon M. LeBlanc and the Office of the Federal Public Defender are hereby relieved as counsel of record for Defendant Luke Brugnara.

IT IS SO ORDERED.

Dated: _____

                                        _____
                                        WILLIAM H. ALSUP
                                        United States District Judge