IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

LUKE D. BRUGNARA,

    Defendant.

No. CR 14-00306 WHA

**ORDER RE DEFENSE COUNSEL'S MOTION TO WITHDRAW AS COUNSEL OF RECORD**

    Today at 5:37 PM, Assistant Federal Public Defender Brandon LeBlanc and the Office of the Federal Public Defender filed a motion to withdraw from representation of defendant Luke D. Brugnara — in both the above-captioned action and *United States of America v. Brugnara*, No. CR 08-00222.  After consulting with two independent legal ethicists, Attorney LeBlanc and the Office of the Federal Public Defender assert that they must "immediately withdraw from representing Mr. Brugnara," given his statements on the record "which have implicated undersigned defense counsel as being a witness in his case(s)" and the ethical rules concerning lawyers as witnesses (Br. 1).  *See, e.g.*, Model Rule of Professional Conduct 3.7.

    In addition to other items, please be prepared to address the motion to withdraw as counsel of record at the outset of tomorrow's status conference.

    **IT IS SO ORDERED.**

Dated: June 23, 2014.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE