# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL PRETRIAL MINUTES

### JUDGE WILLIAM ALSUP

Date:  June 24, 2014                                Total Hearing Time: 44 minutes

Case No.:  CR 08-00222 WHA
                   CR 14-00306 WHA

Title:  UNITED STATES -v- LUKE D. BRUGNARA (present: in-custody)

Counsel for Government: Doug Sprague

Counsel for Defendant(s): Brandon LeBlanc

Probation Officer: n/a

Deputy Clerk:  Dawn Toland                        Court Reporter:   Belle Ball

### PROCEEDINGS

1)     Status Conference - HELD

2)  

Case continued to  6/30/14 at 9:00 am    for Status

**ORDERED AFTER HEARING:**

Defense counsel's motion to withdrawal as counsel is granted, with the caveat, CJA counsel can be appointed, however this Court is not saying there is a basis for free counsel and current counsel will remain in this action for purposes of bringing a proper motion to review defendant's detention. Defense counsel may file a motion for bail or an appeal of the detention order by noon tomorrow; and the Government can respond by 5:00 pm June 26th.  Unless the detention issue is resolved with the Magistrate Judge, the appeal will be heard before Judge Alsup on June 30th.

Defendant objects to the exclusion of time, therefore time was not excluded.  Government confirmed a Superseding Indictment will be filed at some point with possible new charges for mail fraud, perjury and obstruction of justice.

The request to the US Marshal Service to move the defendant to different facility is vacated. Defendant wants to remain at Glen Dyer.