# EXHIBIT D

CR08-0222 WHA

Judge Alsup,                                    June 5, 2014

        I wanted to let you
know I would not be
at any of my son's, Luke
Brugnara's, hearings because
I am ill, I have colon
cancer & am in the
mist of treatment, I
let you know this
not for sympathy, but
that I would be there
to support Luke if

over

– 2 –

it were possible.

So here we are again, my writing to you once more, asking the court not to send Luke to jail or prison once again. He was in a horrible prison for over 2 years and most of that time was spent in the Shu. Now, when he was out, he was arrested for what, I'm still not clear on this – for saying he will buy expensive paintings when

-3-

he has no money to do
so? Why would an art
dealer mail paintings
to someone who did not
pay for them, nor any
contract signed? Some-
thing is not right.
I know Luke should
not have ever indicated
to this art dealer that
he was interested, but
his mistake is his
thinking process — not
any criminal act.

– 4 –

Please don't send Luke to prison again. Nothing will be accomplished but gross suffering for my son and his family.

Thank you for your time.

Mrs. Victoria Brugnara
1266 - 30th Ave.
San Francisco, Ca.
94122