UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minutes

Date:  June 30, 2014

Judge:  William Alsup

Court Reporter:  Rhonda Aquilina
Time in Court: 1 Hour & 15 Minutes

Case No.     **CR-08-222 & CR-14-306 WHA**
Case Name    **USA v. Luke Brugnara (Custody)**

Attorney(s) for Government:     Doug Sprague
Attorney(s) for Defendant(s):   Brandon LeBlanc/Erik Babcock
Probation:     Janie Zhuang
Pretrial: Allen Lew/Karina Chu
Deputy Clerk:  Lisa Clark

PROCEEDINGS

Defense Motion to Revoke Magistrate's Order of Detention - Denied
RESULT OF HEARING

Court allowed defendant to address the Court for 30 minutes regarding his motion. Court heard argument from Government Counsel. Court ruled that defendant shall remain in custody. Court requested that the US Marshal report back to the Court regarding the defendants' claims of not being allowed to shower and use the phone to contact his attorney. Court allows Brandon LeBlanc to withdraw from the case with the understanding that he will assist Mr. Babcock with the bail motion pending before the magistrate. Erik Babcock is appointed to represent the defendant. The pretrial conference is continued to 7/30/14 @ 11:00 a.m.