UNITED STATES DISTRICT COURT
NORTHERN DISTRICT CALIFORNIA

UNITED STATES
vs
LUKE BRUGNARA
Defendant

FILED
JUL 21 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CR 14-306 WHA
CR080222 WHA
Hon. William Alsup

MOTION TO APPOINT NEW COUNSEL FOR DEFENDANT

Defendant, Luke Brugnara, requests that this Court immediately appoint new counsel to represent him in this instant action and new charge.

Brugnara notified the Court by declaration, Sunday June 6th, 2014, that appointed counsel Erik Babcock had absolutely no (zero) communication, telephonically or in person, with Brugnara despite Brugnara calling him several times, as well as Brugnara's wife calling him numerous times and Brugnara's attorney Bob Kane (civil) calling him numerous times -- without any reply. Those calls implored Babcock to meet with Brugnara to prepare a bail motion and prepare and confer for the trial in a few weeks.

On Monday, June 7th, 2014, Judge Alsup issued an order for Babcock to contact Brugnara regarding the bail motion. (EXHIBIT "A") (SATURDAY)

As of today, June 12, 2014, Babcock has still not contacted Brugnara despite the Judge Alsup order. (EX."A") Ethically, from a professional standpoint, this is unconscionable, as Brugnara is entitled to competent, zealous representation. Urgency of dialogue is equally important with a trial date in a few weeks and Brugnara in jail.

Babcock has compromised Brugnara's defense in the trial and bail motion by refusing to communicate

Motion #2

with Brugnara, even AFTER Judge Alsup ordered him to contact Brugnara.

This is further reason to grant reasonable bail to Brugnara; so he can interview and engage private counsel in this complex white collar case. Brugnara's defense in this matter, which he proclaims vehemently his innocence, is unfairly impeded by restricting his right to interview and hire zealous private counsel. It is clear that Babcock, who refused to meet and confer with Brugnara for weeks (w/o a trial, a complex trial, in a few weeks) after a Judge's order to do so, is neither zealous nor interested in Brugnara's defense.

For these reasons, and the reasons set forth in the bail motion, Brugnara requests reasonable bail to hire zealous private counsel for his defense in this complex white collar case, and for this Court to appoint new counsel in the interim.

Respectfully submitted

LUKE BRUGNARA



LUKE BRUGNARA
VLQ905
550 6TH ST.
OAKLAND, CA 94607

#1483 URGENT
LEGAL
FILING

United States Dist. Court
Hon. William Alsup
Clerk of Court
450 Golden Gate Avenue
San Francisco, CA 94101