IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

LUKE D. BRUGNARA,

    Defendant.

No. CR 14-00306 WHA

**ORDER RE CONTINUED HEARING AND DEFENDANT'S REQUEST FOR PRETRIAL RELEASE**

Last Tuesday, defendant Luke D. Brugnara appeared for hearing on his pending request for pretrial release. The hearing was continued to a later date, in part so that defense counsel could arrange for the appearance of defendant's wife and another potential witness (Dkt. No. 65). To date, however, the parties have not yet submitted a stipulation as to when they will return for this continued hearing.

Accordingly, each side will please file a status update on when the parties will return to continue the hearing on defendant's request for pretrial release. Please submit these status updates by **4 PM ON AUGUST 8, 2014**. Each status update will be limited to **TWO PAGES**.

**IT IS SO ORDERED.**

Dated: August 5, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE