ERIK BABCOCK (Cal. 172517)
LAW OFFICES OF ERIK BABCOCK
717 Washington St., 2d Floor
Oakland, CA 94607
(510) 452-8400 Tel
(510) 452-8405 Fax

Attorney for Defendant
LUKE BRUGNARA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Nos.   CR 14-00306 WHA |
|---|---|
| Plaintiff, | BRIEF IN RESPONSE TO COURT ORDER RE CONTINUED BAIL HEARING |
| v. | |
| LUKE BRUGNARA, | |
| Defendant          / | |

The court issued an order on August 5, 2014 requiring briefing on the status of hearing on defendant's detention.

At the last hearing, the defendant's wife, Kay Brugnara, did not appear. The government indicated that it was their understanding she may no longer be willing to sign as a surety for her husband. Following the hearing, defense counsel confirmed with Ms. Brugnara that she no longer intended to sign a bond for her husband, given the allegation brought to light by the government about Mr. Brugnara having an affair.

Without Mrs. Brugnara, the undersigned did not have any other potential sureties willing to sign and put up secured property for the defendant.

Brief Re Detention Hearing
United States v. Brugnara, No. CR 14-00306 WHA

However, the undersigned spoke with Mrs. Brugnara this morning, and she indicated that she has changed her mind, and that she is now prepared to sign a secured bond for her husband.

The other primary issue still pending is the amount equity in the Sea Cliff house, including both the overall value of the property, and the amount of debts already secured against it.

The government raised an issue about who really owns the home.   According to all the title reports, the property is owned by Brugnara VI.   In turn, Ms. Brugnara says that she owns the company.   The government has insinuated that Mr. Brugnara might own the company.  However, as long as both of them sign onto a bond, the bond would be secured, so ownership of the company should not really be an issue.

Now that Mrs. Brugnara is willing to sign a bond, defense counsel needs some time to address the equity issue.

Counsel has already conferred with Mr. Sprague and will continue to coordinate with him and the court's deputy,  then file a stipulation with a proposed hearing date next week.

Respectfully,

DATED: August 8, 2014

/S/Erik Babcock
ERIK BABCOCK
Attorney for Defendant BRUGNARA