**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

LUKE D. BRUGNARA,

    Defendant.

No. CR 14-00306 WHA

**REQUEST**

The Court requests that the government, defense, and pretrial services all agree on a single independent appraiser to do an appraisal of the Sea Cliff house. This request will be discussed at the 9:00 AM hearing tomorrow. Moreover, this is without prejudice to the possibility that the defense proposes its own appraiser (and the government submits its own appraiser).

Dated: August 13, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE