IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LUKE D. BRUGNARA,

    Defendant.

No. CR 14-00306 WHA

**ORDER RE ANY FURTHER HEARINGS ON PRETRIAL RELEASE**

Before there are any more hearings or motions on the subject of pretrial release, the following must occur:

(1) Defendant through counsel must set forth any and all objections in writing as to the conditions of pretrial release set forth in the letter of pretrial services dated July 25, 2014. If any objections are made, the defense must set the modified conditions that defendant will honor.

(2) The defense must cooperate in permitting a prompt appraisal by an independent appraiser selected by the government.

The foregoing items are necessary to make productive use of the parties' time at any further hearing at which pretrial release is considered.

**IT IS SO ORDERED.**

Dated: August 14, 2014.

                                                    WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE