UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. CR 14-0306 WHA |
| | ) CR 08-0222 WHA |
| Plaintiff, | ) |
| | ) [PROPOSED] ORDER |
| v. | ) MODIFIED |
| | ) |
| LUKE D. BRUGNARA, | ) |
| | ) Honorable William Alsup |
| Defendant. | ) |
| | ) |

Having considered the United States' Unopposed Motion for Rule 15 Deposition, and other good cause appearing, IT IS HEREBY ORDERED that:

1. The deposition of witness Natalia S. shall be taken pursuant to Rule 15(a), (c), and (d) of the Federal Rules of Criminal Procedure. The deposition shall begin at 9:00 a.m. on Wednesday, August 27, 2014. The deposition shall take place either in an interview room on the 20th floor at 450 Golden Gate Avenue or in a courtroom in that building. If the deposition does not conclude on August 27, the deposition shall continue, as necessary, at 9:00 a.m. on August 28 and each business day thereafter until concluded.

2. The deposition may be taken before a court reporter authorized to administer oaths. The deposition shall be recorded by stenographic and videographic means. The videographer recording the

deposition shall focus the recording device on the witness and shall not distort the witness' demeanor or appearance.

3. Those present for the deposition may include the witness, a stenographer, a videographer, counsel for the United States, counsel for the defendant, the defendant, an FBI agent, a Russian interpreter (if the witness so chooses), and USMS personnel.

4. After the witness is sworn, the government will conduct a direct examination of the witness. After the direct examination, counsel for defendant will conduct a cross-examination of the witness. After the cross-examination, the government may conduct a redirect examination.

5. Any disputes that arise during the deposition shall be brought to the immediate attention of this Court or the duty district court judge if this Court is not immediately available.

6. Pursuant to Rule 15(c)(1)(B), the defendant is hereby warned that disruptive conduct justifying exclusion will result in defendant's exclusion from the deposition.

7. The court reporter shall provide a transcript of the deposition to government counsel within 24 hours of each session of the deposition. The government shall pay this expense.

**IT IS SO ORDERED.**

DATED:      August  18 , 2014.



HON. WILLIAM ALSUP
United States District Judge

8. Approving this order does not necessarily mean that the testimony and exhibits will be admissible. The government must still lay proper foundation.