UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LUKE D. BRUGNARA,<br><br>　　　　Defendant. | CASE NO. CR 14-0306 WHA<br>　　　　　　　CR 08-0222 WHA<br><br>[PROPOSED] ORDER PERMITTING APPRAISER TO ACCESS 224 SEA CLIFF AVENUE |

Based upon the Joint Motion to Permit Appraiser to Access 224 Sea Cliff Avenue, and other good cause appearing, IT IS HEREBY ORDERED THAT:

　　1.　　Appraiser Michael Botta is authorized and permitted to access 224 Sea Cliff Avenue in connection with preparing an independent appraisal of that property. Mr. Botta shall be allowed complete and unrestricted access to 224 Sea Cliff Avenue between the hours of 8:00 a.m. and noon on August 20, 2014, as he deems necessary to perform a thorough, professional, unbiased appraisal.

　　2.　　Defense counsel, proposed surety Ms. Brugnara (either personally or through her attorney, Robert Kane, or the listing agent, Mark Levinson) are responsible for assuring that Mr. Botta can access the home and its surrounding land during the time period set forth above. Mr. Botta may ask questions of any person as he deems appropriate to his work, but he is not to be accompanied during his site visit unless he requests it.

JOINT MOT. RE APPRAISER;
CR 14-0306 WHA and CR 08-0222 WHA

3

3. The Court requests that Mr. Botta will prepare his appraisal as quickly as possible without sacrificing professional quality.

4. The government will pay Mr. Botta's fee.

**IT IS SO ORDERED**.

DATED: August  18, 2014.

_____
HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

JOINT MOT. RE APPRAISER;
CR 14-0306 WHA and CR 08-0222 WHA

4