United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LUKE D. BRUGNARA,

    Defendant.

No. CR 14-00306 WHA

**ORDER DENYING MOTION TO QUASH**

Assistant Federal Public Defender Brandon LeBlanc has moved to quash the government's subpoenas (1) to produce all communications with defendant Luke D. Brugnara or his representatives, from April 2014 through May 27, 2014; and (2) to be available to testify at defendant's trial. As stated in prior orders, Attorney LeBlanc previously represented defendant until the undersigned judge granted Attorney LeBlanc's request to withdraw from that representation (*see, e.g.*, Dkt. No. 27).

The motion to quash is **DENIED**. The subpoenas instruct Attorney LeBlanc to deposit any responsive materials with the undersigned judge, and not with the government. In fact, at the September 3 hearing on the government's motion to subpoena Attorney LeBlanc and other counsel, the undersigned judge stated that the communications produced in response to the subpoenas would not be revealed to the government at this point, and that at most, a special master would preview those communications. At the last hearing on September 9, the parties represented that they have agreed to Ed Swanson to serve as the special master. However, none of the responsive communications produced by Attorney LeBlanc, Attorney Robert Kane, or

Attorney Harris Taback will be revealed at this point, without further order of the undersigned judge.

**IT IS SO ORDERED.**

Dated:  September 11, 2014.

　　　　　　　　　　　　　　　　　　　　　　　/s/ William Alsup
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE