IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

LUKE D. BRUGNARA,

    Defendant.

No. CR 14-00306 WHA

**ORDER VACATING AND RESCINDING PRIOR ORDER; AND REFERRING MATTERS OF PRETRIAL RELEASE**

    For the reasons stated today, the order dated September 10, 2014 (Dkt. No. 109), is hereby **VACATED** and **RESCINDED**. This is without prejudice to possible cell-phone relief at a future time and on a better record, as decided by Magistrate Judge Nathanael Cousins.

    Moreover, all matters dealing with pretrial release are **REFERRED** to **MAGISTRATE JUDGE COUSINS**.

    **IT IS SO ORDERED.**

Dated: September 12, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE