IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>LUKE D. BRUGNARA,<br><br>    Defendant.<br>   / | No. CR 14-00306 WHA<br><br>**NOTICE TO DEFENSE COUNSEL AND POTENTIAL DEFENSE CANDIDATES** |

    The Court wishes to make clear to potential retained counsel candidates that if and when they finalize all fee arrangements and make an appearance, the Court will, if requested, grant a reasonable and further trial continuance over and above the one already granted. Any such motion should be seasonably made.

    Please, however, do not ask for a further continuance until new counsel have reached a final retainer agreement satisfactory in all events and contingencies to counsel and defendant. Meanwhile, CJA counsel Erik Babcock shall push ahead with trial preparation, subject to his commitment in the state trial, and shall be prepared to try the case on the dates now operative.

    **IT IS SO ORDERED.**

Dated: September 14, 2014.

                                            WILLIAM ALSUP<br>                                            UNITED STATES DISTRICT JUDGE