PROPOSED ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| TO: | Honorable Nathanael M. Cousins<br>U.S. Magistrate Judge | RE: | BRUGNARA, Luke D. |
| FROM: | Roy Saenz, Chief<br>U.S. Pretrial Services Officer | Docket No.: | 3:14CR0306 WHA &<br>3:08CR0222 WHA |
| Date: | 9/22/14 | | |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

ALLEN LEW, Supervisor            415-436-7512

U.S. Pretrial Services Officer            TELEPHONE NUMBER

FILED
SEP 22 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. __A__ on __9/24/14__ at __11:00 a.m.__

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

A.

B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____
_____
_____

JUDICIAL OFFICER            DATE   9/22/2014