IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LUKE D. BRUGNARA,

    Defendant.

No. CR 14-00306 WHA

**SECOND ORDER RE DEFENDANT'S FILE FROM THE BUREAU OF PRISONS**

    The government is hereby reminded that defendant's file from the Bureau of Prisons must be submitted by **12 PM ON OCTOBER 1, 2014** (*see* Dkt. No. 132).

**IT IS SO ORDERED.**

Dated: September 25, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE