**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LUKE D. BRUGNARA,

    Defendant.
                                  /

No. CR 14-00306 WHA

**FOURTH SCHEDULING ORDER**

    As discussed at today's hearing, the deadline and dates for the pretrial filings, the final pre-trial conference, the jury selection, and the opening statements are hereby **VACATED**. Instead, the following schedule shall apply:

| | |
|---|---|
| Deadline for pre-trial filings: | **4:00 PM ON OCTOBER 14, 2014.** |
| Final pre-trial conference: | **8:00 AM ON OCTOBER 21, 2014.** |
| Jury selection: | **7:30 AM ON OCTOBER 29, 2014.** |
| Opening statements: | **7:30 AM ON NOVEMBER 3, 2014.** |

In addition, the government represented today that it has received some files from the Bureau of Prisons, in connection with defendant's motion to disqualify the United States Attorney's Office. The deadline to submit those files is still **12:00 PM ON OCTOBER 1, 2014**. As part of that submission, the government may submit accompanying briefing of **NO MORE THAN SEVEN PAGES**. Then, if defendant's counsel wish to do so, they may file a response thereto of **NO MORE THAN SEVEN PAGES**, due by **4:00 PM ON OCTOBER 3, 2014**. No supplemental briefing on the Bureau's file is required, however.

**IT IS SO ORDERED.**

Dated: September 30, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE