MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

W. DOUGLAS SPRAGUE (CABN 202121)
BENJAMIN KINGSLEY (NYBN 4758389)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    doug.sprague@usdoj.gov
    benjamin.kingsley@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 14-0306 WHA |
| | CR 08-0222 WHA |
| Plaintiff, | |
| v. | JOINT UPDATE REGARDING TRIAL SCHEDULE AND REQUEST TO RESET DATES |
| LUKE D. BRUGNARA, | |
| Defendant. | |

    The parties submit this update regarding defense counsel's state court trial schedule and request that the current pretrial and trial dates be reset after the hearing currently scheduled for this Thursday, October 16.

    On September 30, 2014, the parties appeared before this Court on the defense's motion to continue the trial date from the previously set date of October 27. At that September 30 hearing, defense counsel stated that the status of his trial in Alameda County was that motions *in limine* had been done, jury selection was beginning the following week, and that the trial was estimated to be completed by the second week of November. (Transcript of September 30 proceedings, attached hereto, at 4.) At the end

of the September 30 hearing, this Court continued the pretrial and trial dates by one week. (Tr. 31.) The Court also stated that "[a]nd then if it turns out [defense counsel is] stuck in the trial, of course, we can't be in two places. I'll give you a continuance when that time comes. Maybe there's a way to save this part of this trial date." (*Id.*)

As of today, however, defense counsel's estimate of the state court trial schedule seems accurate. Jury selection in that case took place today and is ongoing. Defense counsel estimates that the state court trial will conclude during the week of November 10.

Accordingly, the parties request that pretrial and trial dates be discussed and reset at the parties' next appearance before this Court, now set for this Thursday, October 16.

DATED: October 14, 2014

                                                                                            /s/
W. DOUGLAS SPRAGUE
BENJAMIN KINGSLEY
Assistant United States Attorneys

                                                                                            /s/
ERIK BABCOCK
Counsel for Defendant