IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>LUKE D. BRUGNARA,<br><br>    Defendant.<br>                                / | No. CR 14-00306 WHA<br><br>**ORDER GRANTING<br>PACER FEE EXEMPTION** |

    Attorney Ed Swanson has been appointed as Special Master in the above-captioned action, pursuant to the stipulation of the parties (Dkt. No. 125). Attorney Swanson has requested a PACER fee waiver, which the undersigned judge construes as a motion for exemption from the PACER fee. The standards established by the Judicial Conference for granting such an exemption are to avoid unreasonable burdens and to promote public access to such information. Both standards must be met in order for the court to grant an exemption from the PACER fee.

    It would be unreasonable to burden Attorney Swanson with payment of this fee while he is working under appointment by and on behalf of the Court. Because he is performing a public function as a Special Master in this case, public access to information will be promoted if he has free access to the entire docket in this case. The motion for the PACER exemption is therefore **GRANTED**. The exemption shall remain in place as long as Attorney Swanson remains appointed as Special Master in the above-referenced case.

    **IT IS SO ORDERED.**

Dated: October 15, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE