IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

LUKE D. BRUGNARA,

    Defendant.

No. CR 14-00306 WHA

**ORDER RE MOTION TO REINSTATE REASONABLE BAIL CONDITIONS**

On October 24, 2014, the undersigned judge received another handwritten motion by defendant Luke D. Brugnara "to reinstate reasonable bail conditions . . . ." Both this motion and the envelope in which the motion was sent are dated September 25 and 26, 2014, respectively. The motion further states that CJA Attorney Erik Babcock also makes this request to reinstate bail conditions, and includes a "/s/" marking on a signature line for Attorney Babcock (even though the motion appears to be handwritten by defendant).

Once again, this motion has not been properly brought before the undersigned judge. By order dated September 12, 2014, all matters dealing with pretrial release have already been referred to Magistrate Judge Nat Cousins (Dkt. No. 118). Furthermore, the subject of defendant's present motion — *i.e.*, the issue of pretrial release, as appealed from Magistrate Judge Cousins' decision to remand defendant to custody — has already been decided in the amended order denying defendant's motion to revoke the detention order (*see* Dkt. No. 169).

For these reasons, the undersigned judge will not consider the present motion.

**IT IS SO ORDERED.**

Dated: October 28, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE