ERIK BABCOCK (Cal. 172517)
LAW OFFICES OF ERIK BABCOCK
717 Washington St., 2d Floor
Oakland, CA 94607
(510) 452-8400 Tel.
(510) 452-8405 Fax
erik@babcocklawoffice.com

JAMES R. STEVENS
WOLF, PENNELLA & STEVENS, LLP
James R. Stevens, SBN 286646
717 Washington St., 2d Floor
Oakland, CA 94607
(510) 451-4600 Tel
(510) 451-3002 Fax
james@wps-law.com

Attorneys for Defendant
LUKE BRUGNARA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUKE BRUGNARA,<br><br>Defendant. | No. CR 14-00306-WHA<br><br>**STIPULATION FOR ORDER AND [PROPOSED] ORDER TO CONTINUE HEARING TO NOVEMBER 24, 2014 AT 11:00 A.M.** |

GOOD CAUSE APPEARING, IT IS HEREBY STIPULATED by the parties that the hearing currently set before Magistrate Judge Nathanael Cousins on November 19, 2014 at 11:00 a.m. be moved to November 24, 2014 at 11:00 a.m.   The current date was set by the Court on a day when counsel for Mr. Brugnara is unavailable.

\\

1

1
2          SO STIPULATED.
3  November 14, 2014                    /s/
   Dated                          BENJAMIN KINGSLEY
4                                 Assistant United States Attorney
5  //
   November 14, 2014                    /s/
6  Dated                          JAMES R. STEVENS
                                  Attorney for Defendant
7                                 LUKE BRUGNARA
8
9          SO ORDERED.
10
11 _____         _____
   Dated                          HONORABLE NATHANAEL COUSINS
12                                United States Magistrate Judge
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2