IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

LUKE D. BRUGNARA,

    Defendant.

No. CR 14-00306 WHA

**ORDER RE MOTION TO GRANT REASONABLE BAIL CONDITIONS AND VALUE ART**

    Defendant Luke D. Brugnara has sent another handwritten motion dated November 12, 2014, asking for reasonable bail conditions allegedly so he can borrow money and hire private counsel. He also requests a valuation of the art at issue in this prosecution.

    The present handwritten motion is one of many submitted by defendant, despite prior orders that have referred all pretrial detention issues to Magistrate Judge Nat Cousins and instructed defendant to please not submit any more handwritten motions unless it is a proper motion brought and filed by his counsel (*see, e.g.*, Dkt. Nos. 118, 172).

    The present motion is therefore **DENIED**.

    **IT IS SO ORDERED.**

Dated: November 18, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE