IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

LUKE D. BRUGNARA,

    Defendant.

No. CR 14-00306 WHA

**ORDER RE MOTION TO ORDER AUCTION HOUSES TO VALUE ART**

Defendant Luke D. Brugnara has sent another handwritten motion dated November 28, 2014, asking for auction houses Christie's or Sotheby's to value his art. He also requests reasonable bail conditions and leave to hire effective private counsel. Moreover, he complains that his attorney does not meet with him enough and wishes to replace him.

The present handwritten motion is one of many submitted by defendant, despite prior orders that have referred all pretrial detention issues to Magistrate Judge Nat Cousins and instructed defendant to please not submit any more handwritten motions unless it is a proper motion brought and filed by his counsel (*see, e.g.*, Dkt. Nos. 118, 172).

The present motion is therefore **DENIED**.

**IT IS SO ORDERED.**

Dated: December 3, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE