IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

LUKE D. BRUGNARA,

    Defendant.

No. Cr 14-00306 WHA

**ORDER RE DATE OF GOVERNMENT'S EXPERT DISCLOSURE**

In his pretrial filings, defendant's counsel stated that he received a letter from the government regarding the qualifications of potential experts Rose Long and Walter Maibaum. The copy of the letter defendant's counsel produced has a date of November 26, 2014. In its opposition, the government states that it sent the letter to defendant's counsel on August 28, 2014.

Both sides are requested to inform the Court of whether the August 28, 2014, date is correct, and the basis for that assertion, by **DECEMBER 5, 2014, AT 5:00 P.M.**

**IT IS SO ORDERED.**

Dated: December 4, 2014.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE