IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,                        No. Cr 14-00306 WHA

  v.

LUKE D. BRUGNARA,                **REQUEST RE DEFENDANT'S PRE-TRIAL FILINGS**

    Defendant.

        The Court notes that defendant did not file any pre-trial materials, other than motions in limine and an opposition to the government's motions in limine, by yesterday's deadline. If the defense wishes to submit any other pre-trial filings, such as proposed voir dire, proposed jury instructions, a witness list, or an exhibit list, it must do so by **DECEMBER 5, 2014, AT 5:00 P.M.**

    **IT IS SO ORDERED.**

Dated: December 4, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE