Case3:14-cr-00306-WHA Document219 Filed12/05/14 Page1 of 4

ERIK BABCOCK (Cal. 172517)
JAMES STEVENS
717 Washington St., 2d Floor
Oakland, CA 94607
(510) 452-8400 Tel
(510) 452-8405 Fax

Attorneys for Defendant
LUKE BRUGNARA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Nos. CR 14-00306 WHA |
| Plaintiff, | **TRIAL MEMORANDUM** |
| v. | |
| LUKE BRUGNARA, | Date: December 10, 2014<br>Time: 8:00 a.m. |
| Defendant / | Dept: WHA |

Defendant Brugnara, by and through the undersigned, submits the following memorandum pursuant to the Court's order of December 4, 2014 (Dkt # 216).

**I.   WITNESS/EXHIBIT LISTS**

Defense investigation and preparation is ongoing. At this point, consistent with the prosecution bearing the burden of proof, as well as Rule 16(b) of the Federal Rules of Criminal Procedure, defendant does not know whether it will put on a case in chief, and he does, which witnesses he will call or exhibits will be introduced. Defendant reserves the right to designate such witnesses and exhibits as may be necessary at an appropriate time.

///

DEF'S TRIAL MEMORANDUM
United States v. Brugnara, No. CR 14-00306 WHA

## II. PROPOSED VOIR DIRE

Defendant does not have any written voir dire for the court to use with the jury panel and will be able to adequately inquire of the prospective jurors during counsel's allotted time to speak with the jury panel.

## III. JURY INSTRUCTIONS

### A. Standard Instructions

The Ninth Circuit jury instructions which potentially apply to this case, depending on how the evidence comes in, are as follows:

1.1 Duty of Jury

1.2 The Charge—Presumption of Innocence

1.3 What Is Evidence

1.4 What Is Not Evidence

1.5 Direct and Circumstantial Evidence

1.6 Ruling on Objections

1.7 Credibility of Witnesses

1.8 Conduct of the Jury

1.9 No Transcript Available to Jury

1.10 Taking Notes

1.11 Outline of Trial

1.12 Jury to Be Guided by Official English Translation/Interpretation

2.1 Cautionary Instruction—First Recess

2.2 Bench Conferences and Recesses

2.6 Deposition as Substantive Evidence

| | | |
|---|---|---|
| | 2.9 | Foreign Language Testimony |
| | 2.11 | Evidence for Limited Purpose |
| | 3.1 | Duties of Jury to Find Facts and Follow Law |
| | 3.2 | Charge Against Defendant Not Evidence—Presumption of Innocence—Burden of Proof |
| | 3.3 | Defendant's Decision Not to Testify |
| | 3.4 | Defendant's Decision to Testify |
| | 3.5 | Reasonable Doubt—Defined |
| | 3.6 | What Is Evidence |
| | 3.7 | What Is Not Evidence |
| | 3.8 | Direct and Circumstantial Evidence |
| | 3.9 | Credibility of Witnesses |
| | 3.10 | Activities Not Charged |
| | 3.16 | Intent to Defraud—Defined |
| | 4.1 | Statements by Defendant |
| | 4.5 | Character of Victim |
| | 4.6 | Impeachment, Prior Conviction of Defendant |
| | 4.8 | Impeachment Evidence—Witness |
| | 4.14 | Opinion Evidence, Expert Witness |
| | 8.121 | Mail Fraud |
| | 8.124 | Wire Fraud |
| | 8.137 | False Declaration Before Court |
| | 7.1 | Duty to Deliberate |
| | 7.2 | Consideration of Evidence—Conduct of the Jury |

7.3   Use of Notes

7.4   Jury Consideration of Punishment

7.5   Verdict Form

7.6   Communication With Court

**B.     Special Instructions**

Defendant has reviewed the government's proposed instructions and objects to its two proposed instructions entitled:

1. Gullibility, Naivete, or Wrongs of Victims Irrelevant
2. Value or Belief About Value of Property Irrelevant

Respectfully submitted,

DATED: December 5, 2014        /S/Erik Babcock
                                ERIK BABCOCK
                                Attorney for Defendant
                                LUKE BRUGNARA

DEF'S TRIAL MEMORANDUM
United States v. Brugnara, No. CR 14-00306 WHA                      Page 4 of 4