IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

LUKE D. BRUGNARA,

    Defendant.

    No. CR 14-00306 WHA

**REQUEST FOR ADDITIONAL SUBMISSION FROM DEFENSE**

On December 16, 2014, defendant filed a motion to continue the trial. The motion asserts that defendant cannot be ready for trial by January 5, 2015, (despite prior continuances at his request). Defense counsel shall submit an affidavit, by **9 A.M. ON DECEMBER 18, 2014**, stating the earliest possible date by which he would be ready to go to trial, assuming that defendant remains in custody in the interim. Defense counsel shall also state whether the accused, Luke Brugnara, consents to the postponement of the trial.

**IT IS SO ORDERED.**

Dated: December 17, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE