**United States District Court**
For the Northern District of California

1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7

8                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,

11          Plaintiff,                             No. C 14-00306 WHA

12       v.

13   LUKE D. BRUGNARA,                             **REQUEST FOR INFORMATION**

14          Defendant.

15   _____/

16          Before today's hearing on defendant's motion for a continuance, counsel shall check with

17   Special Master Swanson, Mr. Kane, Mr. LeBlanc, and any other important witnesses to

18   determine their availability if the trial were to be continued.

19

20       **IT IS SO ORDERED.**

21

22   Dated:  December 18, 2014.

23                                                 WILLIAM ALSUP
                                                   UNITED STATES DISTRICT JUDGE
24

25

26

27

28