IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LUKE D. BRUGNARA,

    Defendant.

    /

No. CR 14-00306 WHA

**REQUEST RE SPEEDY TRIAL ACT**

    The parties shall come to today's hearing prepared to discuss the current status of the case in relation to the Speedy Trial Act — specifically, how many days remain and how many have been excluded.

**IT IS SO ORDERED.**

Dated: December 18, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE