IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

LUKE D. BRUGNARA,

    Defendant.

No. Cr 14-00306 WHA

**ORDER SETTING STATUS CONFERENCE**

The parties shall appear for a status conference at **2 P.M. ON JANUARY 6, 2015**. The purpose of this status conference is to ensure that Attorney Babcock has been meeting with defendant to prepare for trial and is making use of the furlough procedures set forth in the Court's previous order (Dkt. No. 257).

**IT IS SO ORDERED.**

Dated: December 23, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE