1    ERIK BABCOCK (Cal. 172517)
2    LAW OFFICES OF ERIK BABCOCK
     717 Washington St., 2d Floor
3    Oakland, CA 94607
     (510) 452-8400 Tel
4    (510) 452-8405 Fax

5    Attorney for Defendant
6    LUKE BRUGNARA

7

8

9                    IN THE UNITED STATES DISTRICT COURT

10                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12   UNITED STATES OF AMERICA,              Nos.   CR 14-00306 WHA
                                                   CR 08-00222 WHA
13
            Plaintiff,                       **ACKNOWLEDGMENT OF**
14          v..                              **ORDER RE FURLOUGHS**

15   LUKE BRUGNARA,

16
            Defendant                    /
17
              In accordance with the direction in the court's ORDER RE FURLOUGH PROCEDURES
18
     FOR DEFENDANT LUKE BRUGNARA filed December 23, 2014, the undersigned state that
19
     they have read the order, understand it, and will obey it.
20

21

22   Dated: December 23, 2014              /S_____
23                                         ERIK BABCOCK

24   Dated: December 23, 2014              /S_____
25                                         JAMES STEVENS

26   Dated:  December 23, 2014             /S_____
27                                         LUKE BRUGNARA

28