IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

LUKE D. BRUGNARA,

    Defendant.

                                    /

No. CR 14-00306 WHA

**FINAL PRETRIAL ORDER**

Although it is most inconvenient to the trial judge, the trial date is hereby set for **MARCH 2, 2015, AT 7:30 A.M.** The Court already held a final pre-trial conference and thus there is no need for another one. The deadline for filing pre-trial motions has passed and further motions will only be considered for good cause.

**FOR GOOD CAUSE** and after a final pretrial conference, the Court issues the following final pretrial order:

1.    This case shall go to a **JURY TRIAL** on **MARCH 2, 2015**, at **7:30 A.M.**, and shall continue until completed.

2.    The Court notes that defendant has not filed a witness list, an exhibit list, proposed jury instructions, or proposed voir dire. If defendant wishes to do so, he must submit these materials by **5 P.M. ON JANUARY 7, 2015**.

3.    Rulings on the motions *in limine* have been filed as Docket Number 224.

4.    A jury of **12 PERSONS** shall be used with **2 ALTERNATES**.

**IT IS SO ORDERED.**

Dated: December 24, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE