MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

W. DOUGLAS SPRAGUE (CABN 202121)
BENJAMIN KINGSLEY (NYBN 4758389)
Assistant United States Attorneys
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    doug.sprague@usdoj.gov
    benjamin.kingsley@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. CR 14-00306 WHA |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION REGARDING NEW TRIAL DATE AND TO EXCLUDE TIME AND [~~PROPOSED~~] ORDER |
| v. | ) ) | |
| LUKE D. BRUGNARA, | ) ) | |
| Defendant. | ) ) | |

    The United States, by its undersigned counsel, and defendant, by his undersigned counsel, hereby stipulate to and memorialize the following findings:

    On December 18, 2014, the parties appeared before this Court for a hearing. The government was represented by Assistant United States Attorneys Doug Sprague and Ben Kingsley, and defendant was present and represented by Erik Babcock. At this hearing, the Court continued the trial from January 5, 2015, to January 12, 2015.

    On December 22, 2014, the parties appeared before this Court for a hearing. The government was represented by Assistant United States Attorneys Doug Sprague and Ben Kingsley, and defendant was present and represented by Erik Babcock. At this hearing, the Court indicated that it intended to

continue the trial further, to March 2015, and proposed March 9, 2015 as a new trial date.  Through his attorney, one of the government's witnesses, Walter Maibaum, has since indicated to the government that he is unavailable during the week of March 9, 2015 (and for a period of time thereafter).  The parties have thus conferred and agreed to a proposed new trial date of March 2, 2015.

Also at the hearings on December 18, 2014, and December 22, 2014, with the agreement of the parties and based on the representation of defendant, the Court excluded time under the Speedy Trial Act to the new trial date (if approved by the Court)—now March 2, 2015—for effective preparation of defense counsel, taking into consideration the exercise of due diligence.  *See* 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(iv).

**IT IS SO STIPULATED.**

Dated:  December 23, 2014

/s/
W. DOUGLAS SPRAGUE
BENJAMIN KINGSLEY
Assistant United States Attorneys

Dated:  December 23, 2014

/s/
ERIK G. BABCOCK
Counsel for Defendant Luke Brugnara

Trial is continued to March 2, 2015.  The time from December 22, 2014, until March 2, 2015, is excluded under the Speedy Trial Act for effective preparation of defense counsel, taking into consideration the exercise of due diligence.  *See* 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(iv).

**IT IS SO ORDERED.**

Dated:  December 29, 2014.

HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE