IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | No. CR 14-00306 WHA |
|   v. | **NOTICE RE TRIAL DATE** |
| LUKE D. BRUGNARA, | |
|     Defendant. | |

    If the parties are willing to stipulate to move the start of trial to **7:30 A.M. ON THURSDAY FEBRUARY 26, 2015**, with trial also going forward on Friday February 27, then the Court would be willing to go dark and not hold trial for one day on Friday March 6, 2015.

Dated: January 6, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE