**United States District Court**
For the Northern District of California

1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT
7
8          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   UNITED STATES OF AMERICA,
11              Plaintiff,                        No. CR 14-00306 WHA
12        v.
13   LUKE D. BRUGNARA,                            **REQUEST**
14              Defendant.
15   _____/
16        The parties are requested to state, by **5 P.M. ON JANUARY 9, 2015**, whether they will be
17   moving the trial date to February 26, as per the notice issued earlier this week (Dkt. No. 273).
18
19
20
21   Dated: January 8, 2015.
22                                                WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28