IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

LUKE D. BRUGNARA,

    Defendant.

No. CR 14-00306 WHA

**ORDER RE TRIAL DATE**

    The Court is inclined to move the trial date up to February 26, 2015. It is a small and reasonable accommodation to government counsel. The extensions given to the defense in this case have been more than generous.

    The defense is ordered to show cause why this small adjustment should not be made by **NOON ON JANUARY 12, 2015.** If good cause is not shown, the trial date will be moved to February 26.

**IT IS SO ORDERED.**

Dated: January 9, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE