**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

LUKE D. BRUGNARA,

    Defendant.

                                          /

No. CR 14-00306 WHA
No. CR 08-00222 WHA

**ORDER RE EXONERATION OF BOND**

The government has filed an appeal of Magistrate Judge Cousins' order exonerating defendant's bond. The Court has read the record and the bond may be exonerated. The bond is not necessary to secure defendant's compliance with the furlough procedures. If circumstances change, the furlough option will simply be cancelled. No further appeals on this subject will be permitted.

The Magistrate Judge shall **EXONERATE THE BOND**.

**IT IS SO ORDERED.**

Dated: January 9, 2015.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE