**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LUKE D. BRUGNARA,

    Defendant.

No. C 14-00306 WHA

**ORDER RE DEFENDANT'S EX PARTE MOTION**

Defendant has filed an ex parte motion, and set a hearing on such motion, requesting the undersigned judge to order Glenn Dyer to allow defendant to make free telephone calls (Dkt. No. 291). This matter should be presented before Magistrate Judge Nat Cousins. The January 13, 2015, hearing set before the undersigned judge on this matter is hereby **VACATED.**

**IT IS SO ORDERED.**

Dated: January 12, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE