IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>LUKE D. BRUGNARA,<br><br>    Defendant.<br>_____/ | No. CR 14-00306 WHA<br><br>**ORDER RE DEFENSE COUNSEL'S CONFLICTS ON FEBRUARY 26--27** |

    Defense Attorney Erik Babcock stated that he is unable to move the start of our trial to February 26 because he "has court appearances in other cases that were specifically scheduled by counsel on February 26 and 27 in order to avoid any conflict with the Brugnara trial" (Dkt. No. 293).

    Attorney Babcock is hereby ordered to specify, by **SIX A.M. ON JANUARY 13, 2015**, the specific court, matter, and judge for these conflicts and shall state why the appearances in these other cases cannot be moved.  If necessary, the undersigned judge is willing to speak with the judges in Attorney Babcock's other cases to facilitate a solution so our trial can begin on February 26.

    **IT IS SO ORDERED.**

Dated: January 12, 2015.

                                            WILLIAM ALSUP<br>                                            UNITED STATES DISTRICT JUDGE