**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10    UNITED STATES OF AMERICA,

11            Plaintiff,                           No. CR 14-00306 WHA

12        v.

13    LUKE D. BRUGNARA,                            **ORDER RE TRIAL DATE**

14            Defendant.

15    _____/

16        On the condition stated below, the trial date will be moved to **7:30 A.M. ON THURSDAY**

17    **FEBRUARY 26, 2015**, and continue on Friday the 27th, in order to accommodate the entry of

18    AUSA Robin Harris to try the case in light of her travel commitments on Friday March 6.  The

19    condition is that by **NINE A.M. TOMORROW**, the government shall confirm in writing that Ms.

20    Harris is in fact going to assume the role of lead counsel for the government (in place of Mr.

21    Sprague).  Upon this confirmation, this new schedule will take effect and court will not be in

22    session on March 6, 2015, so that Ms. Harris can honor her personal travel commitment and Mr.

23    Babcock shall promptly seek to move the "conflict" dates and shall ask the Court for help if need

24    be (promptly).

25

26        **IT IS SO ORDERED.**

27

28    Dated:  January 13, 2015.                    _____
                                                   WILLIAM ALSUP
                                                   UNITED STATES DISTRICT JUDGE