IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LUKE D. BRUGNARA,

    Defendant.

No. CR 14-00306 WHA

**ORDER RE INFORMAL MOTIONS**

    The deputy clerk has informed the undersigned judge that Attorney Erik Babcock has phoned to ask for a referral to a different magistrate judge, claiming that Judge Cousins is not present in San Francisco as much as Attorney Babcock would like. This is not a proper motion. Attorney Babcock must stop making informal motions by calling and emailing the deputy clerk. If Attorney Babcock wants to make a formal motion, he should do so in writing, with declarations attached, and timely noticed. The informal request for a referral to a different magistrate judge is **DENIED**.

    **IT IS SO ORDERED.**

Dated: January 13, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE