| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | DAVID R. CALLAWAY (CABN 121782)<br>Chief, Criminal Division |
| 4 | ROBIN L. HARRIS (CABN 123364)<br>BENJAMIN KINGSLEY (NYBN 4758389) |
| 5 | Assistant United States Attorneys |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Fax: (415) 436-7234
Robin.Harris2@usdoj.gov
benjamin.kingsley@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR 14-306 WHA |
| Plaintiff, | ) | |
| v. | ) | NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL |
| LUKE D. BRUGNARA, | ) | |
| Defendant. | ) | |

Please take notice that Assistant United States Attorney Robin Harris is substituting into this case in place of former Assistant United States Attorney W. Douglas Spraque. Please add Assistant United States Attorney Robin Harris to all electronic notices and filings in this case.

Respectfully submitted,

MELINDA HAAG
United States Attorney

DATED: January 13, 2015

         /s/
ROBIN L. HARRIS
BENJAMIN KINGSLEY
Assistant United States Attorneys

Notice of Appearance
CR 14-0306 WHA

1