IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR 14-00306 WHA |
| v. | |
| LUKE D. BRUGNARA, | **ORDER RE TRIAL DATE** |
| Defendant. | |

Upon receipt of notice that Attorney Robin Harris is replacing former AUSA Douglas Sprague as lead counsel (Dkt. No. 301), the start of trial is hereby moved to **7:30 A.M. ON FEBRUARY 26, 2015** and will continue on Friday February 27 and thereafter, except that trial will not be held on Friday, March 6, 2015.

**IT IS SO ORDERED.**

Dated: January 13, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE