**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LUKE D. BRUGNARA,

    Defendant.

No. CR 14-00306 WHA

**REQUEST FOR FURTHER BRIEFING**

In response to the government's memorandum regarding potential outbursts at trial (Dkt. No. 305), the Court requests that both sides further brief the issue of what instructions should be given to the jury in relation to what consideration and evidentiary weight it should give defendant's outbursts, gestures, and unsworn statements at trial. For example, if defendant were to blurt out "that's a lie" during the government's presentation of its case, what evidentiary weight should the jury give to that type of outburst.

The government did not address this sufficiently in its memorandum and the defense failed to file any memorandum. The Court seeks the input of the defense on the original request, regarding potential outbursts at trial, as well as on jury instructions regarding the evidentiary weight that the jury should place on these outbursts. The parties shall respond in **FIVE PAGES OR LESS BY FIVE P.M. ON JANUARY 23, 2015.**

Dated: January 20, 2015.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE