IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

LUKE D. BRUGNARA,

    Defendant.

 /

No. CR 14-00306 WHA

**ORDER RE HEARING DATE**

    Defendant has filed a motion in limine to exclude the deposition testimony of Natalia Shlyapina and has set a hearing for February 10. The hearing on this motion is hereby set for **TWO P.M. ON FEBRUARY 17, 2015.** The government shall file its response to defendant's motion by **FIVE P.M. ON FEBRUARY 10, 2015.**

    **IT IS SO ORDERED.**

Dated: February 4, 2015.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE