IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

LUKE D. BRUGNARA,

    Defendant.
                               /

No. CR 14-00306 WHA
No. CR 08-00222 WHA

**BENCH WARRANT AND REVOCATION OF FURLOUGH PRIVILEGES**

It has come to the attention of the undersigned judge that defendant Luke Brugnara has violated the terms and conditions of the furlough order (Dkt. No. 257), escaped from the federal building, and is currently at large. Accordingly, the furlough order is hereby **REVOKED AND RESCINDED**. The Marshal is ordered to find, arrest, and bring defendant Luke Brugnara into custody.

**IT IS SO ORDERED.**

Dated: February 5, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE