MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (DCBN 412811)
Chief, Criminal Division

W. DOUGLAS SPRAGUE (CABN 202121)
BENJAMIN KINGSLEY (NYBN 4758389)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    Robin.harris2@usdoj.gov
    benjamin.kingsley@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR 14-0306 WHA |
| ) | |
| Plaintiff, ) | [~~PROPOSED~~] ORDER EXCLUDING TIME AND VACATING TRIAL AND MOTIONS' DATES |
| ) | |
| v. ) | |
| ) | |
| LUKE D. BRUGNARA, ) | |
| ) | |
| Defendant. ) | |

       On February 9, 2015, the parties appeared before this Court for a hearing. The government was represented by Assistant United States Attorneys Robin Harris and Ben Kingsley. The defendant, who was not present and is currently a fugitive at large, was represented by attorney Erik Babcock. At this hearing, the Court vacated the February 26, 2015 trial date and the motions' hearing date of February 17, 2015. The Court also vacated all filing deadlines associated with the February 26, 2015 trial date and the motions' hearing date of February 17, 2015.

       Based on the unavailability of the defendant due to his status as a fugitive, the Court excluded time under the Speedy Trial Act from February 5, 2015 (the date on which defendant absconded) until the date on which defendant is captured and brought before a Federal Magistrate or Federal Judge for

further proceedings in this case. *See* 18 U.S.C. §§ 3161(h)(3)(A), 3161(h)(3)(B).

DATED: February 9, 2015

/s/
ROBIN L. HARRIS
BENJAMIN KINGSLEY
Assistant United States Attorneys

**ORDER [Proposed]**

The trial date of February 26, 2015 and the motions hearing date of February 17, 2015 are vacated due to the unavailability of the defendant who is currently a fugitive at large. The time from February 5 2015 (the date on which defendant absconded) until the date on which defendant is captured and brought before a Federal Magistrate or Federal Judge for further proceedings in this case is excluded from the Speedy Trial Act. *See* 18 U.S.C. §§ 3161(h)(3)(A), 3161(h)(3)(B).

**IT IS SO ORDERED.**

DATED: February 9, 2015.

HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

ORDER REGARDING TRIAL DATE AND TO EXCLUDE TIME [Proposed]
CR 14-0306 WHA

2