MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

ROBIN L. HARRIS (CABN 123364)
BENJAMIN KINGSLEY (NYBN 4758389)
Assistant United States Attorneys
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    robin.harris2@usdoj.gov
    benjamin.kingsley@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 14-0306 WHA |
| Plaintiff, | STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER |
| v. | |
| LUKE D. BRUGNARA, | |
| Defendant. | |

The United States, by its undersigned counsel, and defendant, by his undersigned counsel, hereby stipulate to and memorialize the following findings:

On February 17, 2015, the parties appeared before this Court for a hearing. The government was represented by Assistant United States Attorney Ben Kingsley, and defendant was present and represented by Erik Babcock. At this hearing, the Court again took notice of the very high likelihood that Mr. Babcock has been conflicted out of the case because he is a witness to defendant's absconding from the federal building on February 5, 2015. Mr. Babcock represented that a replacement lead counsel for defendant, who has been found indigent, had not yet been identified from among those available through the CJA panel. The Court set a status conference on Tuesday, March 3, 2015 to allow time for the identification of replacement counsel. The Court also ordered the government to respond to

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
CR 14-0306 WHA

1

defendant's pending motion *in limine* regarding the testimony of Natalia Shlyapina, Dkt. 315, by Friday, February 27, 2015, and order defendant to respond by March 6, 2015.

With the agreement of the parties and based on the representations of defense counsel, the Court excluded time under the Speedy Trial Act from February 17, 2015 to March 3, 2015, to allow defendant reasonable time to obtain counsel, taking into consideration the exercise of due diligence. *See* 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(iv). The Court also found that time was excluded, in any event, by the filing of defendant's pending motion *in limine*, Dkt. 315, which was filed February 3, 2015, and which has not yet been resolved as a result of defendant's absconding. *See* 18 U.S.C. § 3161(h)(1)(D).

**IT IS SO STIPULATED.**

DATED: February 17, 2015          /s/
                                  ROBIN L. HARRIS
                                  BENJAMIN KINGSLEY
                                  Assistant United States Attorneys

DATED: February 17, 2015          /s/
                                  ERIK G. BABCOCK
                                  Counsel for Defendant Luke Brugnara

A status conference is set for March 3, 2015. The time from February 17, 2015, until March 3, 2015, is excluded under the Speedy Trial Act to allow defendant reasonable time to obtain counsel, taking into consideration the exercise of due diligence. *See* 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(iv). Time is also excluded from the date of the filing of defendant's pending motion *in limine*, Dkt. 315, on February 3, 2015, until that motion is heard or promptly resolved. *See* 18 U.S.C. § 3161(h)(1)(D).

**IT IS SO ORDERED.**

DATED:  February 18, 2015.                    [signature]
                                              HON. WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE