UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

JUDGE WILLIAM ALSUP

Date:  February 25, 2015               Total Hearing Time: 54 minutes

Case No.:  CR 14-00306 WHA
           CR 08-00222 WHA

Title:  UNITED STATES -v- LUKE D. BRUGNARA (present: in-custody)

Counsel for Government: Robin Harris; Ben Kingsley

Counsel for Defendant(s): Eric Babcock; James Stevens; Jeff Bornstein; Peter Soskins

Probation Officer: Janie Zhuang               Pretrial Officer: Allen Lew

Deputy Clerk:  Dawn Toland                    Court Reporter:  Debra Pas

**PROCEEDINGS**

1)     Status Conference - HELD

Case continued to   3/17/15 at 2:00 pm   for Status

Case continued to   4/27/15 at 7:30 am   for Jury Trial (Gov't case approximately 2 ½ weeks)

Time Excluded:    **Begins: 2/25/15**        **Ends: 3/17/15**

**ORDERED AFTER HEARING:**

Court held an ex parte under seal hearing with the defendant and his counsel.

Attorney Eric Babcock is still in the case. He will not be relieved until the Government has filed a Superseding Indictment or there is an affirmative ruling he will be called as a witness.

Court set a trial date, but parties can propose another date, if they are able to agree on one. The previous status hearing set for 3/3/15 is vacated. Time is excluded until 3/17. Government should be tracking the number of days on the speedy trial clock.

Not stated on the record, both pretrial and probation officers were present.