**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

LUKE D. BRUGNARA,

    Defendant.

No. CR 14-00306 WHA

**REQUEST RE TRIAL DATE**

    The Court reiterates its request, made today in open court, that counsel meet and confer over a mutually agreeable trial date. Meanwhile, the **APRIL 27, 2015,** trial date will remain. The parties are requested to file a joint report on the status of the trial date by **NOON ON MARCH 6, 2015**.

Dated: February 25, 2015.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE