IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LUKE D. BRUGNARA,

    Defendant.

No. CR 14-00306 WHA

**REMINDER RE MOTIONS FOR PRETRIAL RELEASE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT**

    Counsel are reminded that any motions regarding pretrial detention shall be submitted to Magistrate Judge Nat Cousins, as stated in prior orders (*see, e.g.*, Dkt. Nos. 118, 172, 198). Only appeals of Judge Cousins' orders should be submitted to the undersigned judge.

    Additionally, at the hearing yesterday, the parties stated that time should be excluded under the Speedy Trial Act until the status conference set for March 17, 2015. The parties shall file a written stipulation indicating this by **NOON ON MARCH 3, 2015.**

Dated: February 26, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE