IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

LUKE D. BRUGNARA,

    Defendant.

No. CR 14-00306 WHA

**REQUEST RE COUNSEL'S CONFLICTS**

    At the hearing on February 25, defense counsel Jeffrey Bornstein stated that he could not conduct the trial in May or June of this year because he had conflicts. He did not, however, state what those conflicts were. Defense counsel are requested to state, specifically, what his conflicts in May and June are.

    Government counsel are also requested to state whether they have conflicts in May or June, and, if so, what those conflicts are. The parties shall respond by **FIVE P.M. ON MARCH 5, 2015**.

    **IT IS SO ORDERED.**

Dated: March 4, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE