IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

LUKE D. BRUGNARA,

    Defendant.

No. CR 14-00306 WHA

**REQUEST FOR INFORMATION**

(1) If the Court makes an express finding that time up until July 6, 2015, should be excluded under the Speedy Trial Act for effective preparation of counsel, AND firmly sets the trial date for July 6, AND overrules all of defendant's objections regarding an earlier trial date, why would this not moot out the main point of contention between defense counsel and their client, such that defense counsel could continue in our case?

(2) What is the status of the superseding indictment?

The parties are requested to respond by **NOON ON MARCH 11, 2015**. Defense counsel may respond ex parte and under seal to Request No. 1.

Dated: March 9, 2015.

                                   WILLIAM ALSUP
                                   UNITED STATES DISTRICT JUDGE