United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

LUKE D. BRUGNARA,

    Defendant.
                                    /

No. CR 14-00306 WHA

**NOTICE TO GLENN DYER JAIL RE DEFENDANT LUKE BRUNARA'S PRO PER STATUS**

    All Glenn Dyer personnel are hereby on notice that defendant Luke Brugnara is now officially a pro per defendant.

**IT IS SO ORDERED.**

Dated: March 26, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE