IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

LUKE D. BRUGNARA,

    Defendant.

No. CR 14-00306 WHA

**SCHEDULING ORDER**

Pursuant to Local Rule 17.1-1, this order sets a schedule for the case to promote a fair and expeditious trial and pretrial of this case.

1. This case will be tried to a jury commencing at **7:30 A.M. ON APRIL 27, 2015**. The final pretrial conference will be at **NOON ON APRIL 22, 2015**. The remainder of this order sets the schedule leading up to these dates.

2. The parties will appear for a status conference at **12:30 P.M. ON APRIL 1, 2015.** A hearing on defendant's motions *in limine* (Dkt. No. 362) and defendant's motion to set aside the indictment (Dkt. No. 364) will take place at **ONE P.M. ON APRIL 7, 2015.** The government must respond to these motions by **APRIL 3, 2015**. All declarations must be signed and sworn, including those by defendants.

3. For the final pretrial conference, please comply with Local Rule 17.1-1. All government exhibits should be identified by trial exhibit number for the case-in-chief in an exhibit list submitted for the conference. All defense exhibits for its case-in-chief should likewise be identified by trial exhibit number in an exhibit list, at least to the extent the exhibits

are required to be disclosed under Rule 16(b). All motions *in limine* to be heard at the final pretrial conference must be filed by **APRIL 8, 2015.** Oppositions to these motions must be filed by **APRIL 15, 2015.**

**IT IS SO ORDERED.**

Dated: March 27, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2