**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

LUKE D. BRUGNARA,

    Defendant.
_____/

No. CR 14-00306 WHA

**REQUEST TO ATTORNEY JAMES STEVENS**

    Defendant Luke Brugnara has submitted a motion requesting access to emails from five different people related to our case (Dkt. No. 376). At the status conference set for this Wednesday, Attorney James Stevens is requested to be prepared to address how practical it would be to obtain defendant's email password and make paper copies of the emails he has requested.

Dated: March 30, 2015.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE