**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

LUKE D. BRUGNARA,

        Defendant.

                    /

No. CR 14-00306 WHA

**ORDER RE GLENN DYER PRO PER PIN NUMBER**

      At the hearing today, defendant complained that Glenn Dyer had not provided him with a pin number to make pro per and unrecorded phone calls. The Glenn Dyer rules state that a pro per defendant can use a pro per pin number to make unrecorded phone calls to a maximum of three phone numbers, for up to two-hours a week, to the following people: (1) the Court Clerk; (2) a court appointed and licensed private investigator; and (3) court appointed legal aid. All phone numbers must be submitted on a court order.

      If defendant wishes to use the pro per phone at Glenn Dyer, he must submit the name, title, and phone numbers of the three people he wishes to call (and who fall in the above listed categories). Once defendant has done that, then the Court can issue the order granting him access to the pro per phone system.

      **IT IS SO ORDERED.**

Dated: April 1, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE