IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

LUKE D. BRUGNARA,

    Defendant.

No. CR 14-00306 WHA

**ORDER RE GLENN DYER PRO PER PIN NUMBER**

As a follow-up to the recent order (Dkt. No. 384), effective now, defendant may use the pro per phone at Glenn Dyer to call the following people: (1) Dawn Toland, Courtroom Deputy, (415) 522-2020 and (2) James Stevens, Attorney, (510) 451-4600.  If defendant wishes to update his pro per phone numbers, he must submit those numbers to the Court.

**IT IS SO ORDERED.**

Dated: April 1, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE