IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

LUKE D. BRUGNARA,

    Defendant.

No. CR 14-00306 WHA

**NOTICE RE DEFENDANT'S APPLICATIONS FOR RULE 17 SUBPOENAS**

During the *Faretta* hearing, the accused stated that he would only need to "send out a handful of subpoenas, and I'm ready to go.  I can do this trial date sooner than the 27th because my witnesses are going to show.  I'm ready to go any time in April" (Dkt. No. 366 at 65–66).

Eight days after defendant made this statement, the Court was shocked to find that defendant had submitted 46 subpoena applications.  The Court is willing instruct the Marshal to issue many of these subpoenas — without prejudice to motions to quash — if defendant provides addresses and cures the errors in his subpoena applications (as laid out in the under seal order).  Even so, it seems highly likely that service of so many subpoenas will lead to extensive motion practice and will compromise our ability to try this case on April 27.  In fact, it is questionable whether the subpoenas can even be served in time to give the recipients reasonable notice for an April 27 trial.

This development — which is a complete reversal of the accused's statement at the *Faretta* hearing — must be discussed at the hearing set for April 7.  Meanwhile, as soon as the addresses are supplied by the accused, the Court will begin the process of serving subpoenas.

Dated:  April 2, 2015.



WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE