IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

LUKE D. BRUGNARA,

    Defendant.

No. CR 14-00306 WHA

**ORDER RE DEFENDANT'S RULE 17 SUBPOENAS**

Defendant Luke Brugnara has filed applications for the issuance of several Rule 17 subpoenas to testify at trial. Defendant's requests are **GRANTED** for the following witnesses, without prejudice to a motion to quash: Jameth Record, Brenda McCoy, Patricia Failing, Gary Tinnerow, Mary Beecroft, Mark Levinson, Troy Carasco, Jennifer Biederback, Si Newhouse, Jack Shaoul, Joan Michelman, Nick Barbato, Doug Johnson, Frank Sanders, and Tony Crossley. The Marshal shall serve the subpoenas on these witnesses as if on behalf of the government pursuant to FRCrP 17(b).

Defendant has also filed a request for the issuance of a subpoena for documents to John MacWhinnie. That request is **GRANTED**, without prejudice to a motion for a protective order. The Marshal shall serve this subpoena as if on behalf of the government pursuant to FRCrP 17(b).

**IT IS SO ORDERED.**

Dated: April 7, 2015.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE