IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR 14-00306 WHA |
| v. | |
| LUKE D. BRUGNARA, | **ORDER RE SUBPOENAS** |
| Defendant. | |

    Defendant Luke Brugnara has filed a request for the issuance of three Rule 17 subpoenas to the following people: Deputy Lacy and Marshal Price from Glenn Dyer jail and Court Clerk Dawn Toland. These applications for subpoenas are **GRANTED**, without prejudice to the recipients submitting a motion to quash. The Marshal shall serve the subpoenas on these witnesses as if on behalf of the government pursuant to FRCrP 17(b).

**IT IS SO ORDERED.**

Dated: April 13, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE