**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

LUKE D. BRUGNARA,

    Defendant.

No. CR 14-00306 WHA

**NOTICE RE SUBPOENA OF DAWN TOLAND**

    The parties are hereby on notice that the Court has allowed defendant's subpoena of Court Clerk Dawn Toland to be issued. The Court also, however, invites the parties to stipulate to the voice message in question so that Ms. Toland will not be forced to testify in the same trial in which she will serve as courtroom deputy. The parties are requested to inform the Court as to whether such a stipulation can be reached by **APRIL 22, 2015.**

Dated: April 13, 2015.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE