IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

LUKE D. BRUGNARA,

    Defendant.
                            /

No. CR 14-00306 WHA

**ORDER RE GLENN DYER PRO PER PIN NUMBER**

Effective now, defendant may use the pro per phone at Glenn Dyer to call his investigator, Andrew Koltuniak, at (415) 361-7184.

**IT IS SO ORDERED.**

Dated: April 14, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE