IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LUKE D. BRUGNARA,

    Defendant.

No. CR 14-00306 WHA

**NOTICE RE DEFENDANT'S CLOTHING DURING TRIAL**

    The parties are hereby on notice that defendant Luke Brugnara may wear civilian clothes or jail clothes during the trial. If defendant wishes to wear civilian clothes at trial, he must make arrangements with the Marshal (through Attorney James Stevens or Investigator Andrew Koltuniak) and provide the clothes to the Marshal at least six days before trial.

Dated: April 14, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE