IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR 14-00306 WHA |
| v. | |
| LUKE D. BRUGNARA, | **NOTICE TO GLENN DYER RE DEFENDANT LUKE BRUGNARA'S USE OF MP3 PLAYER AND PRO PER PHONE** |
| Defendant. | |

Defendant Luke D. Brugnara is hereby allowed to use an MP3 player in his cell to listen to audio recordings produced to him in discovery. Additionally, defendant Brugnara may use the pro per phone for up to four hours per week. This order also holds that defendant is indigent and any phone calls made on the Glenn Dyer pro per phone shall be toll-free.

**IT IS SO ORDERED.**

Dated: April 14, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE