IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR 14-00306 WHA |
| v. | |
| LUKE D. BRUGNARA, | **ORDER RE APPLICATIONS FOR SUBPOENAS TO TESTIFY** |
| Defendant. | |

Defendant Luke Brugnara has requested subpoenas to testify be served on Jennifer Senhaji and Harris Taback. These applications for subpoenas are **GRANTED**, without prejudice to the recipients submitting a motion to quash. The Marshal shall serve the subpoenas on these witnesses as if on behalf of the government pursuant to FRCrP 17(b).

**IT IS SO ORDERED.**

Dated: April 14, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE