IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

LUKE D. BRUGNARA,

    Defendant.

 /

No. CR 14-00306 WHA

**REQUEST FOR RESPONSE**

On April 6, defendant Luke Brugnara filed an "emergency appeal" to our court of appeals regarding bail. On April 17, Brugnara filed an "emergency appeal" to our court of appeals regarding his indictment. Both sides have until **APRIL 21 AT NOON**, to file a brief (**NOT TO EXCEED FIVE PAGES**) regarding whether these interlocutory appeals deprive this Court of jurisdiction.

Dated: April 19, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE