IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LUKE D. BRUGNARA,

    Defendant.

No. CR 14-00306 WHA

**NOTICE RE HEARING TO DETERMINE IF SUBPOENAS SHOULD BE QUASHED**

Three potential witnesses that defendant Luke Brugnara subpoenaed, Joan Michelman, Patricia Failing, and Jack Shull, have contacted the Court, stating that they cannot offer any relevant testimony in our case. A hearing is hereby set for **2:30 PM ON APRIL 28, 2015**, to determine if these subpoenas should be quashed. The potential witnesses will appear by telephone and will testify under oath.

**IT IS SO ORDERED.**

Dated: April 23, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE