IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LUKE D. BRUGNARA,

    Defendant.

No. CR 14-00306 WHA

**REQUEST FOR RESPONSE**

    Defendant Luke Brugnara has filed a motion for reconsideration of the Court's rulings regarding the motions *in limine*. The government is requested to respond by **FIVE P.M. ON APRIL 26, 2015.**

    **IT IS SO ORDERED.**

Dated: April 24, 2015.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE