Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATE OF AMERICA </br></br> Plaintiff(s), </br></br> v. </br></br> LUKE BRUGNARA </br></br> Defendant(s). | Case No: CR-14-0306 </br></br> APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE </br> (CIVIL LOCAL RULE 11-3) |

I, Donald Patrick Arthur yarborough, an active member in good standing of the bar of Southern District of Texas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Gary Tinterow in the above-entitled action. My local co-counsel in this case is Jason P. Gonzalez of Nixon Peabody, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Andrews Kurth, The Chase Tower, 600 Travis Street, 42nd Floor, Houston, Texas 77002 | Nixon Peabody, Gas Company Tower, 555 West Fifth Street, 46th Floor, Los Angeles, CA 90013 |
| MY TELEPHONE # OF RECORD: </br> (713) 220-3717 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: </br> (213) 629-6019 |
| MY EMAIL ADDRESS OF RECORD: </br> patrickyarborough@andrewskurth.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: </br> jgonzalez@nixonpeabody.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2451377.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 04/24/15

Donald Patrick Arthur yarborough
APPLICANT

---

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Donald Patrick Arthur yarborough is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 27, 2015.

UNITED STATES DISTRICT/MAGISTRATE JUDGE