IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LUKE D. BRUGNARA,

    Defendant.

No. CR 14-00306 WHA

**ORDER RE APPLICATION FOR SUBPOENA FOR DOCUMENTS**

    Defendant Luke Brugnara has requested a subpoena for documents be served on John MacWhinnie (Dkt. No. 517). The subpoena requests all documents, photos, and correspondence with Willem de Kooning regarding the 16 oils on paper at issue in our case. Defendant also requests "proof of payment" in regards to the same art works. This request is **GRANTED**, without prejudice to the recipient filing a motion for a protective order or a motion to quash the subpoena.

    The Marshal shall serve the subpoena on this recipient as if on behalf of the government pursuant to FRCrP 17(b).

    **IT IS SO ORDERED.**

Dated: April 29, 2015.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE