United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

LUKE D. BRUGNARA,

    Defendant.

No. CR 14-00306 WHA

**ORDER RE APPLICATIONS FOR SUBPOENAS**

Defendant Luke Brugnara has requested subpoenas to testify be served on Susan Bartleson and Carol Stevenson. Bartleson and Stevenson are medical personal at Glenn Dyer jail and will allegedly testify to defendant's physical condition before the abscond. These applications for subpoenas are **GRANTED**, without prejudice to the recipients submitting a motion to quash. Defendant's investigator shall serve the subpoenas.

**IT IS SO ORDERED.**

Dated: April 29, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE