1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

LUKE D. BRUGNARA,

        Defendant.

_____/

No. CR 14-00306 WHA

**CERTIFICATE AND ORDER
FINDING DEFENDANT LUKE
BRUGNARA IN CRIMINAL
CONTEMPT**

Under FRCrP 42(b), "[N]otwithstanding any other provision of these rules, the court (other than a magistrate judge) may summarily punish a person who commits criminal contempt in its presence if the judge saw or heard the contemptuous conduct and so certifies. . . .  The contempt order must recite the facts, be signed by the judge, and be filed with the clerk."

This order hereby certifies that the undersigned judge witnessed firsthand that defendant Luke Brugnara committed the following contemptuous conduct.  Defendant repeatedly abused witness Rose Long by yelling at her, arguing with her, calling her a liar, and questioning her mental competence.  Defendant continued to abuse the witness despite several admonitions from the Court ordering him to stop and to only ask proper questions.  At one point, the undersigned judge was forced to excuse the jury and warned defendant that if his improper behavior continued, his cross-examination could be cut short.  Defendant did not obey the Court's order and continued to abuse the witness.

In addition, defendant repeatedly disobeyed court orders to stop making unsworn speeches to the jury and to follow the Federal Rules of Evidence.  Lastly, after defendant had been admonished, he publicly berated Assistant United States Attorney Robin Harris with a completely baseless personal attack on her integrity.

In sixteen years on the bench, the undersigned judge has never witnessed such disrespectful conduct in clear violation of the Court's orders.  This order hereby holds defendant Luke Brugnara in summary criminal contempt.  The sentence for this contempt shall be **21 DAYS IN JAIL**, to be served consecutively to any sentence defendant receives as a result of the fraud, false statement, and escape charges that are currently pending.

**IT IS SO ORDERED.**

Dated:  April 29, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California