Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATE OF AMERICA )
                        )   Case No: CR-14-0306
          Plaintiff(s), )
                        )   **APPLICATION FOR**
     v.                 )   **ADMISSION OF ATTORNEY**
                        )   **PRO HAC VICE**
LUKE BRUGNARA           )   (CIVIL LOCAL RULE 11-3)
                        )
          Defendant(s). )

I, James Edward Maloney, an active member in good standing of the bar of Southern District of Texas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Gary Tinterow in the above-entitled action. My local co-counsel in this case is Jason P. Gonzalez of Nixon Peabody, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Andrews Kurth, The Chase Tower, 600 Travis Street, 42nd Floor, Houston, Texas 77002 | Nixon Peabody, Gas Company Tower, 555 West Fifth Street, 46th Floor, Los Angeles, CA 90013 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (713) 220-3995 | (213) 629-6019 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| jamesmaloney@andrewskurth.com | jgonzalez@nixonpeabody.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 01419.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 04/29/15

James Edward Maloney
APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of James Edward Maloney is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 30, 2015.

UNITED STATES DISTRICT/MAGISTRATE JUDGE