IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR 14-00306 WHA |
| v. | |
| LUKE D. BRUGNARA, | **REQUEST FOR RESPONSE** |
| Defendant. | |

Defendant Luke Brugnara has filed a motion for a mistrial (Dkt. No. 536). The government is requested to respond by **FIVE P.M. ON MAY 3, 2015.**

**IT IS SO ORDERED.**

Dated: April 30, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE