IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LUKE D. BRUGNARA,

    Defendant.

No. CR 14-00306 WHA

**ORDER DENYING SUBPOENA REQUEST**

    Defendant Luke Brugnara has requested that a subpoena to testify be issued to Attorney Phillip Patterson, Rose Long's lawyer in her lawsuit against Walter Maibaum. Attorney Patterson's testimony would be completely irrelevant to our case and would constitute extrinsic evidence of a witness's character trait for honesty, which is prohibited under the Federal Rules of Evidence. Defendant's subpoena request is **DENIED**.

**IT IS SO ORDERED.**

Dated: May 1, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE