United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

LUKE D. BRUGNARA,

        Defendant.

_____/

No. CR 14-00306 WHA

**ORDER RE MISTRIAL**

On May 1, during an evidentiary after trial had adjourned, defendant Luke Brugnara made a long speech to the Court, in the midst of which he requested a mistrial. Later on in the speech, defendant stated that he planned to testify the following week and that he still believed the jury would acquit him. The undersigned judge attempted to engage defendant in an intelligent conversation regarding his request, but defendant continued to interrupt and carried on with his speech. On the possible assumption that defendant was making a formal motion for a mistrial, that motion is **DENIED**. All of the parties (including the witnesses) have made a great investment of time and effort to make this trial happen and we have already completed one week of testimony. Moreover, defendant has not put forth anything that would constitute grounds for a mistrial.

**IT IS SO ORDERED.**

Dated:  May 4, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE