IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LUKE D. BRUGNARA,

    Defendant.
                               /

No. CR 14-00306 WHA

**VERDICT FORM**

YOU MAY APPROACH THE FOLLOWING QUESTIONS IN ANY ORDER YOU WISH, BUT YOUR ANSWERS MUST BE **UNANIMOUS**.

1. Has the government proven beyond a reasonable doubt that defendant Luke Brugnara is guilty of wire fraud, in violation of 18 U.S.C. 1343, as charged in Count One of the indictment?

    Yes, Guilty _____    No, Not Guilty _____

2. Has the government proven beyond a reasonable doubt that defendant Luke Brugnara is guilty of wire fraud, in violation of 18 U.S.C. 1343, as charged in Count Two of the indictment?

    Yes, Guilty _____    No, Not Guilty _____

3. Has the government proven beyond a reasonable doubt that defendant Luke Brugnara is guilty of wire fraud, in violation of 18 U.S.C. 1343, as charged in Count Three of the indictment?

Yes, Guilty _____     No, Not Guilty _____

4. Has the government proven beyond a reasonable doubt that defendant Luke Brugnara is guilty of wire fraud, in violation of 18 U.S.C. 1343, as charged in Count Four of the indictment?

Yes, Guilty _____     No, Not Guilty _____

5. Has the government proven beyond a reasonable doubt that defendant Luke Brugnara is guilty of mail fraud, in violation of 18 U.S.C. 1341, as charged in Count Five of the indictment?

Yes, Guilty _____     No, Not Guilty _____

6. Has the government proven beyond a reasonable doubt that defendant Luke Brugnara is guilty of making a false declaration before the court, in violation of 18 U.S.C. 1623, as charged in Count Six of the indictment?

Yes, Guilty _____     No, Not Guilty _____

7. Has the government proven beyond a reasonable doubt that defendant Luke Brugnara is guilty of making a false declaration before the court, in violation of 18 U.S.C. 1623, as charged in Count Seven of the indictment?

Yes, Guilty _____    No, Not Guilty _____

8. Has the government proven beyond a reasonable doubt that defendant Luke Brugnara is guilty of escape, in violation of 18 U.S.C. 751(a), as charged in Count Eight of the indictment?

Yes, Guilty _____    No, Not Guilty _____

9. Has the government proven beyond a reasonable doubt that defendant Luke Brugnara is guilty of contempt of court, in violation of 18 U.S.C. 401(3), as charged in Count Nine of the indictment?

Yes, Guilty _____    No, Not Guilty _____

\*          \*          \*          \*

When this form is completed, the jury foreperson should date and sign it and advise the Court that you have reached a verdict.

Dated:                                    _____
                                                              FOREPERSON