IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LUKE D. BRUGNARA,

    Defendant.

No. CR 14-00306 WHA

**ORDER RE BRIEFING FOR CHARGING CONFERENCE**

    If either side wishes to submit a brief regarding the proposed jury instructions to be discussed at the charging conference, that brief must be filed by **SIX P.M. ON MAY 10, 2015.**

**IT IS SO ORDERED.**

Dated: May 8, 2015.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE