United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LUKE D. BRUGNARA,

    Defendant.
    /

No. CR 14-00306 WHA

NOTICE RE EVIDENTIARY ISSUE

When we resume on Monday, both sides shall be prepared to address whether or not, if he testifies, defendant may rebut the inference of consciousness of guilt, as asserted by the government as a result of the absconding, by testifying, if true, that his actual intent in fleeing was to retain counsel and return to fight the charges; and whether or not, if he so testifies, he may further testify that he left voicemails with potential counsel and the courtroom clerk consistent with such intent. This would not necessarily get the voicemails themselves into evidence but would get into evidence the fact of the voicemails. All of this has to do with the inference of consciousness of guilt and does not involve a defense to the escape charge.

**IT IS SO ORDERED.**

Dated: May 9, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE