IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>LUKE D. BRUGNARA,<br><br>    Defendant.<br>   / | No. CR 14-00306 WHA<br><br>**CERTIFICATE AND ORDER FINDING DEFENDANT LUKE BRUGNARA IN CRIMINAL CONTEMPT TWO ADDITIONAL TIMES** |

Under FRCrP 42(b), "[N]otwithstanding any other provision of these rules, the court (other than a magistrate judge) may summarily punish a person who commits criminal contempt in its presence if the judge saw or heard the contemptuous conduct and so certifies. . . . The contempt order must recite the facts, be signed by the judge, and be filed with the clerk."

This order hereby certifies that the undersigned judge witnessed firsthand that defendant Luke Brugnara committed the following contemptuous conduct:

(1) On May 11, in violation of the Court's orders, defendant continued to constantly interrupt the judge, obstructed the proceedings, and talked over the government's objections. For that conduct, defendant is hereby sentenced to **21 DAYS IN JAIL**, to be served consecutively to any sentence defendant receives as a result of the fraud, false statement, and escape charges that are currently pending.

(2) Also on May 7, after being warned several times, defendant continued to interrupt the judge while he was attempting to make rulings and defendant continued to argue after he was told no more argument would be heard. For this conduct, defendant is hereby sentenced to an additional **21 DAYS IN JAIL**, to be served consecutively to any sentence defendant receives as a result of the fraud, false statement, and escape charges that are currently pending.

In sum, this order sentences defendant Luke Brugnara to a total of **42 DAYS IN JAIL**, to be served consecutively to any sentence defendant receives as a result of the fraud, false statement, and escape charges that are currently pending. This contempt sentence is in addition to the other contempt sentences defendant has received during this trial (Dkt. Nos. 529, 547, 561, 592). Since the beginning of trial, defendant has now received a total summary contempt sentence of 381 days.

**IT IS SO ORDERED.**

Dated: May 12, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2