IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>LUKE D. BRUGNARA,<br><br>    Defendant.<br>                                          / | No. CR 14-00306 WHA<br><br>**CERTIFICATE AND ORDER FINDING DEFENDANT LUKE BRUGNARA IN CRIMINAL CONTEMPT** |

Under FRCrP 42(b), "[N]otwithstanding any other provision of these rules, the court (other than a magistrate judge) may summarily punish a person who commits criminal contempt in its presence if the judge saw or heard the contemptuous conduct and so certifies. . . . The contempt order must recite the facts, be signed by the judge, and be filed with the clerk."

This order hereby certifies that the undersigned judge witnessed firsthand that defendant Luke Brugnara committed the following contemptuous conduct:

> On May 18, the undersigned judge questioned a juror in the courtroom to determine whether he lied about his criminal history during voir dire. Before the juror was brought in, the parties were admonished that they were not to say a word while the juror was being questioned. Despite this crystal clear order, defendant repeatedly interrupted the judge and attempted to coach the juror. While the Court repeatedly ordered defendant to refrain from speaking, he continued to do so anyway. At one point during the juror's screaming tirade, defendant clapped his hands and yelled at the juror "this is not helping me." For that conduct, defendant is hereby sentenced to **90 DAYS IN JAIL**, to be served consecutively to any sentence defendant receives as a result of the fraud, false statement, and escape charges that are currently pending.

In sum, this order sentences defendant Luke Brugnara to a total of **90 DAYS IN JAIL**, to be served consecutively to any sentence defendant receives as a result of the fraud, false statement, and escape charges that are currently pending. This contempt sentence is in addition to the other contempt sentences defendant has received during this trial (Dkt. Nos. 529, 547, 561, 592, 606). Since the beginning of trial, defendant has now received total summary contempt sentences equaling 471 days.

**IT IS SO ORDERED.**

Dated: May 19, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE