IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUKE D. BRUGNARA,<br><br>Defendant. | No. CR 08-00222 WHA<br>No. CR 14-00306 WHA<br><br>**ORDER TO SHOW CAUSE RE COMPLETION OF FORM 12 EVIDENCE** |

Pursuant to the arrangement in 2014, all admitted trial evidence is hereby deemed to be part of the Form 12 proceeding, which was suspended after several witnesses testified. The purpose of this order is to allow both sides to show cause why the Form 12 record should not be deemed closed. Any such cause must be shown by sworn declaration and briefing, to be filed by **JUNE 16, 2015.** Each side shall respond to the other side's filing by **JUNE 30, 2015.** A hearing on the issue is hereby set for **TWO P.M. ON JULY 14, 2015.**

**IT IS SO ORDERED.**

Dated: May 19, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE