UNITED STATES DISTRICT COURT
NORTHEN DISTRICT of CALIFORNIA



FILED
MAY 19 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Number: __14-cr-00306-WHA-1__

Case Name: __USA v. Luke D. Brugnara__

## NOTE FROM THE JURY

Note number: __1__

Date: __5/13/15__

Time: __8:25__

1. The Jury has reached a unanimous verdict ☐

Or

2. The Jury has the following question:

Electronic exhibits are not on the computer.


MAY 13, 2015                    _[signature]_
                          Presiding Juror or Foreperson

# UNITED STATES DISTRICT COURT
## NORTHEN DISTRICT of CALIFORNIA

Case Number: 14-cr-00306-WHA-1

Case Name: USA v. Luke D. Brugnara

## NOTE FROM THE JURY

Note number: 1

Date: 5/13/15

Time: 8:25

1. The Jury has reached a unanimous verdict ☐

Or

2. The Jury has the following question:

Electronic exhibits are not on the computer.

To the Jury:
The electronic computer-readable exhibits are on CD disks but the paper exhibits are not on CDs and can only be viewed manually. Transcripts of witnesses are not exhibits but are available to you Now only via your memory or if you request via readbacks in open court.

MAY 13, 2015

WHAlsup
5-13-15

Presiding Juror or Foreperson

UNITED STATES DISTRICT COURT
NORTHEN DISTRICT of CALIFORNIA

Case Number:    14-cr-00306-WHA-1

Case Name:      USA v. Luke D. Brugnara

NOTE FROM THE JURY

Note number:    2

Date:    MAY 14, 2015

Time:    10:40 AM

1. The Jury has reached a unanimous verdict ☐

Or

2. The Jury has the following question:

IN RELATION TO JURY INSTRUCTION ON PAGE 10, PARAGRAPH 30, LINES 22-23: "IT DOES NOT MATTER WHETHER THE ALLEGED SCHEME COVERED AN ENTIRE COURSE OF DEALING OR ONLY PART OF IT SO LONG AS ALL FOUR ELEMENTS ARE PROVEN." ) DOES THE EVIDENCE NEED TO PROVE THAT THE DEFENDANT HAD A PLAN TO DEFRAUD AT THE EXACT MOMENT THAT THE EMAIL IN COUNT #1 (EXHIBIT 59) WAS WRITTEN, OR CAN SUBSEQUENT EVENTS HELP INFORM OUR UNDERSTANDING OF HIS INTENT?

_____
Presiding Juror or Foreperson

UNITED STATES DISTRICT COURT
NORTHEN DISTRICT of CALIFORNIA

Case Number: 14-cr-00306-WHA-1

Case Name: USA v. Luke D. Brugnara

NOTE FROM THE JURY

Note number: 3

Date: MAY 14, 2015

Time: 11:55 AM

1. The Jury has reached a unanimous verdict ☐

Or

2. The Jury has the following question:

ON PAGE 13, PARAGRAPH 38, ELEMENT FOURTH, DOES THE INSTRUCTION APPLY TO THE CURRENT MATTER THE JURY IS CONSIDERING OR THE JUNE 17, 2014 HEARING. IF IT IS THE JUNE 17, 2014 HEARING, WHAT WAS THE CONTEXT OF THAT HEARING?

*[signature]*
Presiding Juror or Foreperson

UNITED STATES DISTRICT COURT
NORTHEN DISTRICT of CALIFORNIA

Case Number: 14-cr-00306-WHA-1

Case Name: USA v. Luke D. Brugnara

NOTE FROM THE JURY

Note number: 4

Date: MAY 15, 2015

Time: 11:35 AM

1. The Jury has reached a unanimous verdict ☐

Or

2. The Jury has the following questions:

A. RELATED TO JURY INSTRUCTION PARAGRAPH 38, ELEMENT FOURTH, LINES 9 AND 10 ON PAGE 13:
WHAT DOES "IT HAD A NATURAL TENDANCY TO INFLUENCE, OR WAS CAPABLE OF INFLUENCING, THE COURT" MEAN? FOR EXAMPLE, IS IT
(1) ALTER THE DECISION OF THE JUNE 2014 HEARING;
(2) AFFECTS THE COURT'S UNDERSTANDING, REGARDLESS OF THE OUTCOME OR DECISION IN THE JUNE 2014 HEARING; OR
(3) SOMETHING ELSE?

B. RELATED TO JURY INSTRUCTION PARAGRAPH 38, ALL ELEMENTS ON LINES 6 THROUGH 10 ON PAGE 13:
HYPOTHETICALLY IF THE JURY FINDS THE FIRST THREE ELEMENTS TO BE TRUE, FOR THE FOURTH ELEMENT, DOES THE PURPOSE OF JUNE 2014 HEARING MATTER?

_____
Presiding Juror or Foreperson

NOTE #5   MAY 15, 2015

*David M Hellman*
FOREPERSON

David,

Please send a note to Judge Alsop stating that:

A juror has pointed out that another juror has repeatedly brought up his experience as a prisoner.

The 2nd juror also claims he was tortured during his imprisonment.

The claims often come up during the 2nd juror's impassioned arguments for acquittal.

The 2nd juror did not raise his hand in court when the prospective jurors were asked if they had ever been arrested.

The 1st juror brought this up in the jury room, which led to the 2nd juror running from the room in an agitated state.

Please inform the judge today.

Thanks, Paul

# UNITED STATES DISTRICT COURT
## NORTHEN DISTRICT of CALIFORNIA

Case Number: 14-cr-00306-WHA-1

Case Name: USA v. Luke D. Brugnara

## NOTE FROM THE JURY

Note number: 6

Date: MAY 19, 2015

Time: 10:35 AM

1. The Jury has reached a unanimous verdict ☒

Or

2. The Jury has the following question:

*[signature]*
Presiding Juror or Foreperson