IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LUKE D. BRUGNARA,

    Defendant.

No. CR 14-00306 WHA

**ORDER RE PRO PER PHONE USE**

    Defendant Luke Brugnara has filed a motion requesting a court order allowing him two hours of pro per phone time per day at Glenn Dyer jail (Dkt. No. 624). Because defendant is now represented by counsel, he is no longer eligible for pro per phone use. Thus, defendant's motion is **DENIED.**

    **IT IS SO ORDERED.**

Dated: May 20, 2015.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE