IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

LUKE D. BRUGNARA,

    Defendant.

No. CR 14-00306 WHA

**NOTICE RE REPRESENTATION**

    After the verdict, defendant Luke Brugnara requested the appointment of counsel for all purposes, and Attorneys George Boisseau and Dena Young were appointed to represent him. This order notes for the record that a serious issue exists as to whether or not defendant has forfeited his right to self representation by virtue of his misconduct during trial. In the future, if he ever again seeks to represent himself, the issue will then be addressed.

Dated: May 20, 2015.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE