**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

LUKE D. BRUGNARA,

    Defendant.

                               /

No. CR 14-00306 WHA

**NOTICE RE PHOTOGRAPH OF CRATES**

    For the benefit of the record and for the court of appeals, appended hereto is a photo, taken by the undersigned judge at a recess, of the four crates of art at issue in our case after they had been received in evidence, as they rested next to the jury box during most of the trial.

Dated: May 20, 2015.

                                          /s/ William Alsup
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

