UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　　v.<br>LUKE D. BRUGNARA,<br>　　　　　Defendant. | Case No. CR 14-306 WHA<br>**ORDER AUTHORIZING RELEASE OF COURTROOM VIDEO RECORDING** |

Pursuant to the Memorandum of Understanding between the Administrative Office of the United States Courts and the United States Marshals Service ("USMS") regarding the creation, retention, use and disposal of courtroom security surveillance video recordings, the USMS is hereby authorized to release a courtroom video recording of the proceedings in the above-captioned matter on May 18, 2015, in Courtroom 8, 19th Floor of the San Francisco courthouse, subject to the following conditions. The courtroom video recording may be released to the presiding trial judge, District Judge William H. Alsup, or his court staff, to be filed under seal in the above-captioned matter; the release may be made within one week of the date of this order; and the courtroom video recording may be made part of the record as a sealed filing.

**IT IS SO ORDERED.**

Dated: May 20, 2015

_____
PHYLLIS J. HAMILTON
Chief Judge