Law Offices of
GEORGE C. BOISSEAU
State Bar Number 75872
740 4th Street
Second Floor
Santa Rosa, California 95404
Phone: (707) 578-5636
Fax: (707) 578-1141
E-Mail: boisseaugc@msn.com

Attorney for Defendant
LUKE D. BRUGNARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>LUKE D. BRUGNARA,<br><br>        Defendant. | CR-14-0306-WHA<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER EXTENDING TIME TO<br>FILE POST-TRIAL MOTIONS AND<br>PROPOSED BRIEFING SCHEDULE<br>FOR POST-TRIAL MOTIONS |

      Upon the request of the defendant, LUKE BRUGNARA, by and through defendant's counsel of record, George C. Boisseau and Dena Young, because counsel need to review the trial record which consists of at least 17-volumes of reporter's transcripts and the undersigned were not trial counsel, and upon agreement of the United States, and good cause appearing,

      The time for filing any post-trial motions, including a motion for new trial pursuant to Rule 33 of the Fed.R.Crim. Pro., shall be extended to July 20, 2015. Defendant shall file any post-trial motions by July 20, 2015. The government shall respond by August 10, 2015 and any reply by the defendant shall be filed by August 17, 2015.

      SO STIPULATED.

      Dated: May 25, 2015

                                                  /s/
                                      GEORGE C. BOISSEAU
                                      DENA YOUNG

                                      Attorney for Defendant
                                      LUKE D. BRUGNARA

1     IT IS SO STIPULATED.

2     Dated: May 25, 2015

3
                                         /s/
4                             ROBIN HARRIS
                            BENJAMIN KINGSLEY
5                             Assistant United States Attorneys

6                        <u>ORDER</u>

7     GOOD CAUSE APPEARING,

8     It is hereby ordered that the time for filing any post-trial motions, including a motion for new trial pursuant to Rule 33 of the Fed.R.Crim. Pro., shall be extended to July 20, 2015. Defendant shall file any post-trial motions by July 20, 2015. The government shall respond by August 10, 2015 and any reply by the defendant shall be filed by August 17, 2015.

12     IT IS SO ORDERED.

13     Dated: <u>May 26, 2015</u>.

                            HON. WILLIAM H. ALSUP
                            United States District Judge
                            Northern District of California