1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  ROBIN L. HARRIS (CABN 123364)
   BENJAMIN KINGSLEY (NYBN 4758389)
5  Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7200
       Fax: (415) 436-7234
8      robin.harris2@usdoj.gov
       benjamin.kingsley@usdoj.gov
9
   Attorneys for the United States
10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                       SAN FRANCISCO DIVISION
13

14
   UNITED STATES OF AMERICA,        )  CASE NO. CR 14-0306 WHA
15                                  )           CR 08-0222 WHA
         Plaintiff,                 )
16                                  )
      v.                            )  UNITED STATES' RESPONSE REGARDING
17                                  )  FORM 12
   LUKE D. BRUGNARA,                )
18                                  )
         Defendant.                 )
19 _____ )

20      On May 19, 2015, this Court ordered the parties to show cause why the Form 12 record should

21 not be deemed closed. Dkt. 628. The government believes it should be closed. This Court held a

22 hearing in June 2014 and then heard the extensive evidence at trial that overlaps with the facts alleged in

23 the Form 12. Defendant has been afforded the procedures required by Rule 32.1(b)(2), including the

24 opportunity to present evidence, question any adverse witness, and make a statement.

25      Further, the Court should find that defendant violated the terms of his supervised release by

26 committing a new federal crime, as alleged in Charge One of the Form 12, and revoke his supervision.

27 08-0222 WHA Dkt. 247. The standard for revocation is preponderance of the evidence. 18 U.S.C.

28 § 3583(e)(3). As the jury found in convicting defendant on Counts Two, Four, and Five of the Second

United States' Response re Form 12
CR 14-0306 WHA & CR 08-0222 WHA

                                                     1

1  Superseding Indictment in 14-0306, the evidence at trial established beyond a reasonable doubt that
2  defendant committed the fraud described in Charge One of the Form 12.

Respectfully submitted,

MELINDA HAAG
United States Attorney

7  DATED: June 2, 2015                                         /s/
                                                   ROBIN L. HARRIS
8                                                  BENJAMIN KINGSLEY
                                                   Assistant United States Attorneys

United States' Response re Form 12
CR 14-0306 WHA & CR 08-0222 WHA

2