Case3:14-cr-00306-WHA  Document655  Filed06/02/15  Page1 of 3

FILED
JUN -2 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Judge William Alsup
CR-14-0306 WHA

UNITED STATES ATTY,
　　　　Plantiff
v.
LUKE BRUGNARA,
　　　　Defendant

NOTIFICATION AND AFFIRMATION OF LUKE BRUGNARA'S PRO-SE STATUS; DECLARATION OF LUKE BRUGNARA

Defendant, Luke Brugnara ("Luke") notifies this Court and affirms Luke's pro-se status in this instant matter. Luke chooses to remain pro-se in this instant matter. Luke interviewed attorney Basseau, who cannot effectively prepare in a timely manner the necessary post trial motions. TIME IS OF THE ESSENCE FOR LUKE. Significant meet and confer time is necessary (more than one or two hours a week) to understand the complexities of this case with over 85,000 pages of legal ease documents to review and discuss; which Basseau cannot commit.

Accordingly, Luke will remain pro-se status in this instant matter.

2.

Luke requests this Court restate James Stevens and Richard Tamor's roles assisting Luke as advisory capacity pro se, including meeting with Luke and interfacing with this Court and filing motions that Luke prepares.

Luke was inexplicably moved from Glenn Dyer jail to SF Jail on Friday, May 22nd at 4AM. This Court knows that SF Jail CAN NOT provide Luke with a cell to study/read and store the 85,000 pages (20 banker boxes) of legal documents in this case. SF Jail can only put Luke on mainline with 12 prisoners to a small 600' cell and no documents. Luke requests this Court immediately order Luke to return to his cell at Glenn Dyer with his 85,000 pages of legal documents to prepare post trial motions and read and study the documents in this case as Luke has a legal right to his material; or release Luke to Sea Cliff pending the New Trial, or sentencing, as time is of the essence.

Respectfully, [signature]

5/22/15      [signature] 5/22/15

DECLARATION

I Luke Brugnara declare under penalty the foregoing is true and correct.

*[Signature]* 5/22/15

*[Signature]* 5/22/15