Law Offices of GEORGE C. BOISSEAU
State Bar Number 75872
740 4th Street, Second Floor
Santa Rosa, California 95404
Phone: (707) 578-5636
Fax: (707) 578-1141
E-Mail: boisseaugc@msn.com

Law Offices of DENA MARIE YOUNG
State Bar Number 215344
2360 Mendocino Ave., Ste. A2, PMB #206
Santa Rosa, California 95403
Phone: (707) 528-9479
Fax: (707) 692-5314
E-Mail: dmyounglaw@gmail.com

Attorneys for Defendant
LUKE D. BRUGNARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-14-0306-WHA |
| ) | |
| Plaintiff, ) | MEMORANDUM RE: STATUS |
| ) | OF PRO SE FILINGS |
| v. ) | |
| ) | |
| LUKE D. BRUGNARA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

MEMORANDUM

On May 19, 2015, this Court appointed counsel, George Boisseau and Dena Young to represent the defendant, LUKE D. BRUGNARA (BRUGNARA), during the course of post-verdict proceedings. (See Docket No. 639).

On May 26, 2015, pursuant to Stipulation and Order, the time for filing of post-verdict motions, including a motion for new trial, was extended to July 20, 2015. (See Docket No. 651).

On June 2, 2015, BRUGNARA was permitted to file six handwritten documents with this Court. (See Docket Nos. 653-658).

1   On June 3, 2015, the Government filed a Motion to Strike these filings (see Docket
2   No. 659), necessitating this Memorandum.
3   Counsel, George Boisseau and Dena Young, represent BRUGNARA pursuant to this
4   Court's order.  Both counsel are actively engaged in reviewing the trial record and other
5   necessary materials in preparation for the filing of all appropriate motions within the
6   stipulated time frame.  Undersigned counsel are the only authorized representatives of
7   BRUGNARA at this time.  Counsel did not file the handwritten documents in Docket Nos.
8   653-658.  Counsel will continue to act in BRUGNARA's interests as authorized by this Court.

Respectfully submitted,

/s/
GEORGE C. BOISSEAU

/s/
DENA MARIE YOUNG

Attorney for Defendant
LUKE D. BRUGNARA