IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUKE D. BRUGNARA,<br><br>Defendant.<br>_____/ | No. CR 14-00306 WHA<br>No. CR 08-00222 WHA<br><br>**REQUEST FOR RESPONSE**<br>**RE DEFENDANT'S MOTION**<br>**TO PROCEED PRO SE** |

Defendant Luke D. Brugnara has recently filed several handwritten motions (No. 14–CR–306, Dkt. Nos. 653–58). One of those motions is entitled "Notification and Affirmation of Luke Brugnara's *Pro Se* Status." After the verdict, however, defendant requested and received the appointment of counsel for all purposes, Attorneys George Boisseau and Dena Young, and is thus no longer proceeding in a *pro se* capacity (No. 14–CR–306, Dkt. No. 639). The recently filed motion regarding the affirmation of his *pro se* status, therefore, must be treated as a fresh motion by defendant to waive his right to counsel and represent himself. In light of his contumacious and disruptive behavior at trial, there is a question as to whether defendant should be deemed to have forfeited his right to self representation.

By **NOON ON JUNE 19, 2015**, both sides are requested to submit a memorandum and accompanying declarations addressing the issue of whether defendant's contumacious and disruptive behavior in representing himself should warrant a finding that he has forfeited his right to self representation.

Until this issue is resolved, defendant's pending motion to proceed *pro se* shall be **HELD IN ABEYANCE**. Meanwhile, all other motions defendant has filed are unauthorized, as he is currently represented by counsel, and will thus be **HELD IN ABEYANCE**. For the time being, all defense motions must be submitted through defense counsel, Attorneys Boisseau and Young.

For the purposes of the filings due on June 19, the Court would prefer all defense filings to be made by defense counsel on defendant's behalf. The Court, however, will permit defendant to file his own response, if he desires, to the issue of forfeiture of his *pro se* status. This will be a one-time exception to the rule that only defense counsel may speak or make written filings on defendant's behalf.

Dated: June 4, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE