IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

LUKE D. BRUGNARA,

    Defendant.

                     /

No. CR 08-00222 WHA
No. CR 14-00306 WHA

**REQUEST TO THIRD-PARTY MOVANT MODERNISM FINE ARTS**

By **JULY 7, 2015, AT NOON**, third-party movant Modernism Fine Arts, Inc., is hereby requested to submit a sworn declaration setting forth the amount a willing buyer has already agreed to pay, if at all, for any of the items of art at issue in Modernism's pending motion.

Dated: July 1, 2015.

                                                  WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE