IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LUKE D. BRUGNARA,

    Defendant.

No. CR 14-00306 WHA

**SCHEDULING ORDER FOR EVIDENTIARY HEARING RE VALUATION OF ART**

    As stated at today's hearing, an evidentiary hearing regarding the valuation of the art at issue is hereby set for **7:30 A.M. ON SEPTEMBER 2, 2015.** Both the defense's and the government's experts must be present to testify at the hearing and must file their expert reports by **AUGUST 28.** The sentencing, previously set for 2:00 PM on September 8, is moved to **8:00 A.M. ON SEPTEMBER 8, 2015**.

    **IT IS SO ORDERED.**

Dated: July 28, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE