IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 14-00306 WHA |
| Plaintiff, | |
| v. | **REQUEST FOR BRIEFING RE MODERNISM'S ABILITY TO PARTICIPATE IN EVIDENTIARY HEARING** |
| LUKE D. BRUGNARA, | |
| Defendant. | |

In light of the allegation that the works sought to be returned are not authentic, the Court asks all counsel, including for victim Modernism Fine Art, to state whether counsel for Modernism should be allowed, if they wish, to examine and present witnesses at the upcoming evidentiary hearing. Memoranda thereon are due by August 12, 2015, limited to five pages, double spaced, no footnotes, no exhibits.

Dated: August 4, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE