IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>LUKE D. BRUGNARA,<br><br>    Defendant.<br>_____/ | No. CR 14-00306 WHA<br><br>**ORDER REQUESTING DECLARATION FROM THE DEFENSE'S INVESTIGATOR** |

The undersigned has reviewed the parties' submissions related to the offender's motion for a new trial and notes that defense counsel failed to submit a declaration from their private investigator regarding the discovery of Juror C.D.'s criminal history.  By **NOON ON AUGUST 18, 2015**, defense counsel shall submit a sworn declaration from their private investigator stating all material facts and stating with particularity when the investigator learned the information and when he relayed that information to defendant and/or defense counsel or advisory counsel.

**IT IS SO ORDERED.**

Dated: August 14, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE