IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

LUKE D. BRUGNARA,

    Defendant.

No. CR 14-00306 WHA

**REQUEST FOR FURTHER DECLARATION**

A previous order requested, in regards to Juror C.D.'s criminal history, that defense counsel " submit a sworn declaration from their private investigator stating all material facts and stating with particularity when the investigator learned the information and when he relayed that information to defendant and/or defense counsel or advisory counsel" (Dkt. No. 707). The declaration defense counsel provided, however, did not state with particularity when the investigator learned the information. Rather, it only stated that advisory counsel James Stevens provided the investigator with the list of jurors on May 17 and that the investigator returned the criminal history to Attorney Stevens on May 18. By **AUGUST 20 AT NOON**, defense counsel shall submit a supplemental declaration from their investigator stating with particularity (the date and time) when he actually learned of the information. The declaration shall also specify each communication (including the date and time), whether oral or in writing, by which any aspect of the information relating to Juror C.D.'s criminal history was communicated to defendant or his counsel.

    **IT IS SO ORDERED.**

Dated: August 19, 2015.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE