Law Offices of
GEORGE C. BOISSEAU
State Bar Number 75872
740 4th Street
Second Floor
Santa Rosa, California 95404
Phone: (707) 578-5636
Fax: (707) 578-1141
E-Mail: boisseaugc@msn.com

Attorney for Defendant
LUKE D. BRUGNARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-14-0306-~~WHO~~ WHA |
| Plaintiff, | REQUEST |
| | AND [~~PROPOSED~~] |
| v. | ORDER RELEASING RECORDS |
| LUKE D. BRUGNARA, | |
| Defendant. | |

Upon the request of the defendant LUKE D. BRUGNARA, by and through defendant's attorneys of record, Dena Young and George C. Boisseau, and good cause appearing because defense counsel needs all psychological evaluations and treatment records in the possession of the United States Probation Department (Department) for sentencing, and the Department can only release such records upon court order, it is hereby requested that the Department release such records to the defense for purposes of sentencing.

Dated: August 20, 2015

/s/
GEORGE C. BOISSEAU

Attorney for Defendant
LUKE D. BRUGNARA

<u>ORDER</u>

GOOD CAUSE APPEARING, it is hereby ordered that the United States Probation Department release all psychological evaluations and treatment records of defendant LUKE D. BRUGNARA within its possession to defendant's defense attorneys, to be used only for purposes of sentencing in this case.

IT IS SO ORDERED.

Dated: August 24, 2015.

_____
WILLIAM ALSUP
District Court Judge
Northern District of California