IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR 14-00306 WHA |
| v. | |
| LUKE D. BRUGNARA, | **REQUEST FOR GOVERNMENT RESPONSE** |
| Defendant. | |

Defense counsel have filed a motion to continue the sentencing currently set for September 8, 2015. The government is requested to respond by **FOUR P.M. TODAY, AUGUST 24.** The Court specifically requests that the government comment as to when defense counsel would need to submit the medical report so that the government has adequate time to respond. If the Court does grant defense counsel's motion, the sentencing would likely be moved to **OCTOBER 5, 2015, AT NINE A.M.**

**IT IS SO ORDERED.**

Dated: August 24, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE