United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

LUKE D. BRUGNARA,

    Defendant.

No. CR 14-00306 WHA
No. CR 08-00222 WHA

**ORDER CONTINUING SENTENCING TO OCTOBER 8**

Defense counsel have filed a motion to continue the sentencing currently set for September 8, 2015. The government responded that if the sentencing were to be continued, the best date for it would be October 8. The sentencing date and hearing on the defense's post-trial motions are hereby continued to **OCTOBER 8, 2015, AT NINE A.M.** Dr. Shields (the defense's psychologist) shall provide his medical report to both parties no later than **SEPTEMBER 18.** Both sides shall have until **OCTOBER 1** to respond to Dr. Shields' report. The evidentiary hearing regarding the value of the art will go forward as scheduled on September 2.

**IT IS SO ORDERED.**

Dated: August 24, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE