IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

LUKE D. BRUGNARA,

    Defendant.

No. CR 14-00306 WHA

**REQUEST FOR AGENT JEREMY DESOR'S PRESENCE AT EVIDENTIARY HEARING**

    The parties have submitted the reports of their experts who appraised the art at issue in our case. While the defense's expert did not physically examine Valsuani Degas, he appraised it based on recent sales and its market value. The government's expert did not appraise the Valsuani Degas. Instead, FBI Agent Jeremy Desor submitted a declaration laying out the research he had conducted regarding recent sales of other Valsuani Degas sculptures. Agent Desor is hereby requested to be present at the evidentiary hearing set for September 2 and may be called upon to testify and be subject to cross examination regarding his findings.

Dated: August 31, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE