IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

LUKE D. BRUGNARA,

    Defendant.

No. CR 14-00306 WHA

**ORDER DENYING MOTION TO CONTINUE SENTENCING**

Defense counsel have filed an ex parte motion to continue the sentencing set for this Thursday, October 8. The motion requests that the hearing on defendant's post-trial motions go forward on Thursday, with the sentencing bifurcated and set for a later date. The government opposes. Good cause not shown, defense counsel's motion is **DENIED**. The sentencing shall proceed as scheduled at **NINE A.M. ON THURSDAY, OCTOBER 8, 2015.**

Dated: October 6, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE