1  Law Offices of GEORGE C. BOISSEAU
   State Bar Number 75872
2  740 4th Street, Second Floor
   Santa Rosa, California 95404
3  Phone:  (707) 578-5636
   Fax: (707) 578-1141
4  E-Mail: boisseaugc@msn.com

5  Law Offices of  DENA MARIE YOUNG
   State Bar Number 215344
6  740 4th Street, Second Floor
   Santa Rosa, California 95404
7  Phone:  (707) 528-9479
   Fax: (707) 692-5314
8  E-Mail: dmyounglaw@gmail.com

9  Attorneys for Defendant
   LUKE D. BRUGNARA
10

                    UNITED STATES DISTRICT COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12

13  UNITED STATES OF AMERICA,          )        CR-14-00306-WHA
                                       )
14              Plaintiff,             )        DEFENDANT'S MOTION TO FILE
                                       )        UNDER SEAL THE EXHIBITS
15  v.                                 )        TO THE DECLARATION OF
                                       )        COUNSEL IN SUPPORT OF
16                                     )        DEFENDANT'S SUPPLEMENT
    LUKE D. BRUGNARA,                  )        TO SENTENCING MEMORANDUM
17                                     )
                Defendant.             )
18  _____)

19

20         Defendant,  LUKE D. BRUGNARA, by and through his attorneys, George C. Boisseau

21  and Dena Marie Young, moves the Court, pursuant to Northern District of California Local

22  Criminal Rule 56-1, to order that the defendant may file under seal copies of the Exhibits to the

23  Declaration of Counsel in Support of Defendant's Supplement to Sentencing Memorandum.

24         In support of this request to file the exhibits under seal, BRUGNARA's counsel, Dena

25  Marie Young, makes the following declaration under penalty of perjury:

26         I, Dena Marie Young, am an attorney licensed to practice law in the Northern District of

27  California and the State of California, and one of the attorneys of record for defendant, LUKE D.

28  BRUGNARA.

                                        1

1        On October 1, 2015, we filed a Sentencing Memorandum on behalf of BRUGNARA in

2   which we mentioned a materials pertaining to a mental health evaluation.  The mentioned report

3   was completed and submitted to counsel a few hours after the Sentencing Memorandum was

4   filed.  It is therefore necessary to supplement our Sentencing Memorandum with the attached

5   materials.

6        Due to the medical nature of these materials and privacy concerns, this information is

7   not appropriate for public filing.  This is the type of document that is appropriate for filing under

8   seal under the local rules for the Northern District of California.

9        The materials have been provided separately to the probation officer and to government

10  counsel.

11       WHEREFORE, defendant respectfully requests this Court to grant this motion to file

12  under seal.

13       Dated: October 2, 2015

14                                        Respectfully submitted,

15                                        _____/s/_____
                                        DENA MARIE YOUNG
16
                                        Attorney for the Defendant
17                                       LUKE D. BRUGNARA

18

19

20

21

22

23

24

25

26

27

28

2

1  Law Offices of GEORGE C. BOISSEAU
   State Bar Number 75872
2  740 4th Street, Second Floor
   Santa Rosa, California 95404
3  Phone:  (707) 578-5636
   Fax: (707) 578-1141
4  E-Mail: boisseaugc@msn.com

5  Law Offices of  DENA MARIE YOUNG
   State Bar Number 215344
6  740 4th Street, Second Floor
   Santa Rosa, California 95404
7  Phone:  (707) 528-9479
   Fax: (707) 692-5314
8  E-Mail: dmyounglaw@gmail.com

9  Attorneys for Defendant
   LUKE D. BRUGNARA
10

                    UNITED STATES DISTRICT COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12

13  UNITED STATES OF AMERICA,          )          CR-14-00306-WHA
                                       )
14                Plaintiff,           )
                                       )
15  v.                                 )
                                       )
16                                     )
    LUKE D. BRUGNARA,                  )
17                                     )
                  Defendant.           )
18  _____)

19

20          [PROPOSED] ORDER GRANTING DEFENDANT'S

21              MOTION TO FILE UNDER SEAL

22          Upon motion of defendant, and good cause appearing, IT IS HEREBY ORDERED that

23  defendant may file under seal copies of the Exhibits to the Declaration of Counsel in Support of

24  Defendant's Supplement to Sentencing Memorandum.

25
    Dated: October 5, 2015.                    _____
26                                             Hon. William Alsup
                                               United States District Judge
27

28


                                        3