UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-14-0306-WHA |
| Plaintiff, ) | |
| ) | [PROPOSED] ORDER GRANTING |
| v. ) | PETITION FOR AND WRIT OF HABEAS |
| ) | CORPUS AD TESTIFICANDUM |
| LUKE D. BRUGNARA, ) | |
| Defendant. ) | |

Upon motion of the defendant, LUKE D. BRUGNARA, by and through his attorneys of record, George C. Boisseau and Dena Marie Young, and good cause appearing therefore,

IT IS HEREBY ORDERED that the defendant's request for issuance of the Writ of Habeas Corpus Ad Testificandum requiring the production of ERIC PAUL before this court on the date stated in the Writ submitted or as soon thereafter as may be practicable, is granted, and he Writ shall be issued as presented.

Dated: October 4, 2015

HONORABLE WILLIAM ALSUP
United States District Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:   DONALD M. OKEEFE, United States Marshal, Northern District of California, and/or any of his authorized deputies, and ROSS MIRKARIMI, the Sheriff of the City and County of San Francisco, and MATTHEW FREEMAN Chief Deputy Sheriff for Custody Operations for the San Francisco County Jail:

GREETINGS

WE COMMAND that on October 20, 2015 at 7:30 a.m., or as soon thereafter as practicable, you have and produce the body of ERIC PAUL, in your custody in the above-mentioned institution, before the United States District Court in and for the Northern District of California, in the courtroom of the Honorable William Alsup, United States District Court Judge, 450 Golden Gate Avenue, San Francisco, California 94102 on the 19th floor, in order that ERIC PAUL may then testify in the matter of United States v. Brugnara., CR 14-0306 WHA (N.D. Ca.), and that immediately after the completion of his testimony in said proceeding to return him forthwith to said above-mentioned institution or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the witness' testimony in this Court;

IT IS FURTHER ORDERED that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

WITNESS the Honorable William Alsup, United States District Judge, United States District Court for the Northern District of California.

DATED: _October 14_, 2015

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____
DEPUTY CLERK

PETITION FOR AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM