BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

ROBIN L. HARRIS (CABN 123364)
BENJAMIN KINGSLEY (NYBN 4758389)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    benjamin.kingsley@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 14-0306 WHA |
| Plaintiff, | [PROPOSED] RESTITUTION ORDER |
| v. | |
| LUKE D. BRUGNARA, | |
| Defendant. | |

Pursuant 18 U.S.C. § 3663A, defendant is ordered to pay $688,386.66 in restitution as part of the final judgment in this case.  This amount includes $600,000 to Walter Maibaum, for the value of the "Little Dancer" sculpture that defendant obtained by fraud and which has not been recovered.  It also includes $61,343.10 to Walter Maibaum for attorney's fees and expenses proximately caused by defendant's crime.  It finally includes $27,043.56 to Rose Long for attorney's fees and expenses proximately caused by defendant's crime.

Further, the government recovered several works of art during the execution of a search and seizure warrant in this case.  Of the artwork recovered by the government, the George Luks painting shall be returned to Rose Long and the remaining works of art shall be returned to Walter Maibaum.  However, this order is stayed with respect to the four works of art that were introduced as trial exhibits:

the George Luks painting (Trial Exhibit 3A); the Joan Miró drawing (Trial Exhibit 4A); one of the framed paintings attributed to de Kooning (Trial Exhibit 1A); and one of the matted paintings attributed to de Kooning (Trial Exhibit 2A).  Because these four items remain part of the record, the government shall maintain possession of them until all appeals in this case are final.

**IT IS SO ORDERED.**

DATED: _____

HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE