**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

LUKE BRUGNARA,

        Defendant.

                       /

No. CR 14-0306 WHA

**ORDER RE RECENTLY
RECEIVED HANDWRITTEN
MOTION**

     The Court is in receipt of another handwritten motion from offender Luke Brugnara,

seeking to remove his current counsel.  The reasons stated are that Attorney George Boisseau

opened Brugnara's mail without authorization and that part of Brugnara's appeal strategy is to

argue ineffective assistance of counsel under 28 U.S.C. 2255.  For the same reasons stated in

previous orders (*see, e.g.*, Dkt. No. 698), Brugnara's motion is **DENIED**.


     **IT IS SO ORDERED.**


Dated: November 10, 2015.

                                               
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE