IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

LUKE BRUGNARA,

    Defendant.

No. CR 14-0306 WHA
No. CR 08-0222 WHA

**AMENDED ORDER RE PRESERVATION OF AUDIO FILES FROM TRIAL**

    The government has requested that certain audio files from offender Luke Brugnara's trial be made part of the record for appeal. Specifically, the government requests that the audio files of the proceedings following the testimony of Nick Barbato, on May 1, 2015, and the voir dire of juror Ivan Jasic on May 18, 2015, be included in the record. The government's request is **GRANTED**. These audio files shall remain sealed, except counsel may access them. The **CLERK SHALL PLEASE INCLUDE** these audio files as a manual filing appended to this order. In addition, the Office of the Official Court Reporter for the U.S. District Court for the Northern District of California shall maintain the reporters' wav files from the whole trial until all appeals have been exhausted. If the court of appeals requests any other audio files from the trial, the files shall be made available.

    **IT IS SO ORDERED.**

Dated: November 17, 2015.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE