**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 28 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 15-10509 |
|---|---|
| Plaintiff - Appellee, | D.C. No. 3:14-cr-00306-WHA<br>Northern District of California,<br>San Francisco |
| v. | |
| LUKE D. BRUGNARA, | ORDER |
| Defendant - Appellant. | |

Before: Peter L. Shaw, Appellate Commissioner.

On January 22, 2016, this court received appellant's pro se request for an en banc review of appellant's bail motion denied by the district court on October 28, 2015. Because appellant is represented by counsel, only counsel may file motions, and this court therefore declines to entertain the submission.

On January 25, 2016, this court electronically served appellant's motion on appointed counsel Dena M. Young, Esq.

The Clerk shall serve this order on appellant individually at Reg. No. 12047-111, Federal Correctional Institution, P.O. Box 9, Mendota, California 93640.