IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

LUKE BRUGNARA,

Defendant.

No. CR 14-0306 WHA

**ORDER RE DEFENDANT'S PRO SE "RULE 36 MOTION TO CORRECT RECORD"**

Assuming, without deciding, the undersigned has jurisdiction over defendant's "Rule 36 motion to correct record" (Dkt. No. 823), this order **DENIES** the motion inasmuch as it is filed *pro se*, and not by his counsel. Additionally, Rule 36 is for the correction of clerical errors, while defendant purports to raise substantive arguments for reducing his sentence. The proper rule for a motion to reduce a sentence is Rule 35, but that rule only authorizes a sentence reduction "[u]pon the government's motion." The government has made no such motion.

**IT IS SO ORDERED.**

Dated: April 13, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE