IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

     Plaintiff,

  v.

LUKE D. BRUGNARA,

     Defendant.

No. CR 14-00306 WHA

**ORDER TO SHOW CAUSE**

*Pro se* defendant Luke Brugnara has moved to vacate, set aside, or correct his sentence on the basis of ineffective assistance of pre- and post-trial counsel (Dkt. No. 829). The motion and case files do not "conclusively show" that defendant is not entitled to relief. *See* 28 U.S.C. 2255. The government is **ORDERED TO SHOW CAUSE** by **AUGUST 31, 2017**, why the motion should not be granted, if that is its position, and to file then all portions of the record relevant to the motion. The Clerk shall **SERVE** this order on defendant and the United States. If the government opposes the motion, defendant shall have **FORTY-FIVE DAYS** from submission of the opposition to reply.

    **IT IS SO ORDERED.**

Dated: July 12, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE