IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

LUKE BRUGNARA,

    Defendant.

No. CR 14-00306 WHA

**ORDER TO SHOW CAUSE**

On October 23, an order denied *pro se* defendant Luke Brugnara's Section 2255 petition as premature, as he was still pursuing a direct appeal (Dkt. No. 840). Then, on November 11, the Supreme Court denied Brugnara's petition for a writ of certiorari (Dkt. No. 841). Brugnara has since asked for reconsideration of his Section 2255 petition.

The government is hereby **ORDERED TO SHOW CAUSE** by **JANUARY 4**, **2018**, why the motion (Dkt. No. 829) should not be granted, if that is its position, and to file then all portions of the record relevant to the motion. The Clerk shall **SERVE** this order on defendant and the United States. If the government opposes the motion, defendant shall have **FORTY-FIVE DAYS** from submission of the opposition to reply.

**IT IS SO ORDERED.**

Dated: November 15, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE