IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUKE D. BRUGNARA,<br><br>Defendant. | No. CR 14-00306 WHA<br><br>**NOTICE RE SUPPLEMENT TO REQUEST FOR INJUNCTIVE RELIEF AND LETTER FROM VICKIE BRUGNARA** |

Defendant Luke Brugnara has filed a "supplement" to his request for an order requiring the Bureau of Prisons to return him to San Francisco pending resolution of his habeas corpus petition. The Court is also in receipt of a letter from Vickie Brugnara, Brugnara's mother, regarding Brugnara's transfer to USP Beaumont. For the benefit of the parties, that letter is included below. As explained in an order dated June 22, 2018, however, the district court does not have jurisdiction to select where Brugnara's sentence will be served. That decision remains within the province of the BOP. *See United States v. Ceballos*, 671 F.3d 852, 855 (9th Cir. 2011) (citation omitted).

Dated: July 5, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

June 27, 2018

To Judge Alsup,

I am writing to you because my son, Luke Brugnara, has been transferred yet again, to another prison: I believe the 10th transfer since you sentenced him. This time he is in USP Beaumont Fed. Prison in Texas - high security.

Luke was diagnosed with bi-polar I disorder, along with personality disorders when he was in your court. I don't know if you ever read the reports but they are still available through Dr. John Shields (415)434-4037 and Dr. Marc Patterson 1(650) 350-1998.

This is a huge miscarriage of justice. Luke is mentally ill and needs psychiatric help. He is getting none. He cannot help himself. I am very worried for his safety at Beaumont. He is not a violent person and has never been arrested for a violent crime. Why is he in high security?

I would appreciate anything you could do to help. Getting psychiatric treatment for Luke, and transferring him out of high security would be a great help.

I would be most grateful for <u>anything</u> at all you could do to help.

Sincerely, Vickie Brugnara

SAN FRANCISCO CA 940
28 JUN 2018 PM 4 L

District Judge William Alsup
San Francisco Court House, Courtroom 12 – 19th floor
450 Golden Gate Ave.
San Francisco, Calif.
94102