IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LUKE D. BRUGNARA,

    Defendant.

No. CR 14-00306 WHA

**REQUEST FOR CLARIFICATION**

The Court has received the government's response to defendant Luke Brugnara's opposition to the order granting the government's motion to return artwork (Dkt. No. 888). The government's response states, "on June 27, 2019, the Ninth Circuit denied defendant's request for a certificate of appealability" (Resp. at 2). However, the response also requests, "the Court hold its motion in abeyance and stay its order until the Ninth Circuit's denial of defendant's request for certificate of appealability is final" (Resp. at 4). By **JULY 19 AT NOON**, the government shall clarify whether defendant's certificate of appealability is final, and if not, what more needs to occur before defendant's certificate of appealability is final.

**IT IS SO ORDERED.**

Dated: July 15, 2019.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE