| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | NOV 13 2019 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

　　　　　Plaintiff-Appellee,

　v.

LUKE D. BRUGNARA,

　　　　　Defendant-Appellant.

No.　19-15018

D.C. Nos.　3:17-cv-03796-WHA
　　　　　　3:14-cr-00306-WHA-1

Northern District of California,
San Francisco

ORDER

Before: IKUTA and OWENS, Circuit Judges.

　　Appellant's motions at Docket Entry Nos. 21-26 are granted in part. Appellee is ordered to ensure delivery of the answering brief to appellant within 10 days after the date of this order subject to any applicable Bureau of Prisons policies regarding legal mail.

　　To the extent that Docket Entry Nos. 21-26 contain arguments challenging the actions of the Bureau of Prisons in connection with disciplinary proceedings and calculation of good time credit, these arguments are referred to the panel assigned to decide the merits of this appeal for whatever consideration the panel deems appropriate.

　　All other requested relief is denied without prejudice to appellant filing a motion for an extension of time to file his reply brief.

sz/MOATT