LUKE BROGNARA #12047-111
FLORENCE FEDERAL CORRECTIONAL INST.
P.O. BOX #6000
FLORENCE, CO 81226

URGENT

UNITED STATES DISTRICT COURT
JDG. WILLIAM ALSUP
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

RECEIVED
APR 20 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

9410233489 0004



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES,
   Plaintiff

v.

LUKE BRUGNARA
   Defendant

Case # 14-0306 WHA

Hon. William H. Alsup

**REQUEST FOR ORDER FOR RETURN OF CELL PHONE, MOUNTAIN LION AND TAX DOCUMENTS**

FILED
APR 20 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Defendant Luke Brugnara ("Brugnara") files this REQUEST for an ORDER from this Court to the Plaintiff's to immediately return personal property of Brugnara that they, or their actor(s), have possession of today. Federal Law requires the immediate return of Brugnara's personal property (enumerated below) by Plaintiff. Moreover this Court already ruled in open Court in May 2015 for the Plaintiff's to return to Brugnara his mountain lion and tax documents, illegally taken from Brugnara's Sea Cliff house in 2013.

Specifically, the following personal property was taken by Plaintiff from Brugnara in 2013 and 2014 and must be returned per Federal Law and this Court's prior rulings:

1.) Brugnara's mountain lion (stuffed) was taken in April 2013, along with 2 rhino heads. The rhinos were returned, but the Plaintiff did not return the mountain lion. The Plaintiff claimed they gave the mountain lion to the S.F. Dist. Attny. for review, but then told this Court that there was no violation, as Brugnara owned the mountain lion several years PRIOR to the State ban, so there was/is no crime. US Attny. Kingsley told this Court in May 2015, after Brugnara motioned and complained to this Court about getting his mountain lion returned that: "I do not know where the mountain lion is. We cannot return it to Mr. Brugnara because it is lost or destroyed"... Months later in 2016, Brugnara learned from his

② 

attorneys (Young and Bob Kane) that his mountain lion somehow ended up in some small museum in Oakland/Alameda Co. (??!!) Brugnara motioned this Court in 2016 to have his mountain lion returned per this Court's prior ORDER and Federal Law, as it was taken by the Plaintiff, and they are therefore RESPONSIBLE for its return to Brugnara/Sea Cliff. US Attny Kingsley/Harris' reply to this Court was "Brugnara can get the mountain lion himself, we are not responsible - not in our jurisdiction" (something to that effect). In fact, Plaintiff IS THE RESPONSIBLE PARTY to return to Brugnara what they illegally took from Sea Cliff. This Court has yet to RULE on Brugnara's 2016 motion on the mountain lion to be returned by Plaintiff, at their cost/expense to Sea Cliff. Brugnara is home in a few weeks and expects to see his mountain lion the day he gets home. Plaintiff does NOT have a "free pass" to wreck any more havoc, or take (and not return - "lose/destroy" - any more Brugnara assets/property. 1.

2.) Brugnara's SAMSUNG GALAXY cellphone and charger must be immediately returned to Brugnara by Plaintiff. Brugnara has photos of his children that are priceless on his phone. Brugnara wants/needs his phone now. The Plaintiffs are required to return Brugnara's phone under Federal Law now.

3.) Brugnara's original TAX DOCUMENTS (spanning 20 years) and lender information that was taken by Plaintiff in this instant matter in May 2014. All of these TAX DOCUMENTS are in a BLUE PEE-CHEE/FOLDER and were taken by Plaintiff. Brugnara needs them back NOW as he has on-going Federal Tax cases AND because the Plaintiff has no legal right to not return them to Brugnara.

_____
ORDO AB CHAO                                    LUKE BRUGNARA  4/11/20
33°

in April 2013
1. If this Court remembers (I DO VIVIDLY), the Plaintiff's actors (FBI) ransacked the Brugnara family house on a "fishing expedition" which yielded NOTHING as Brugnara is NOT a criminal, at 7AM with 4 minor children getting ready for school - 30 FBI agents in TURTLE-