UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>LUKE BRUGNARA,<br><br>    Defendant. | No. CR 14-0306 WHA<br><br>**ORDER RE REQUEST FOR RETURN OF CELL PHONE, MOUNTAIN LION, AND TAX DOCUMENTS** |

In June 2019, defendant Luke Brugnara requested the return of, among other things, his mountain lion, cell phone, and tax documents. A July 2019 order denied defendant's request for the return of his mountain lion, but granted his request for the return of his cell phone and tax documents. Now, defendant has again requested the return of his mountain lion, cell phone, and tax documents. We thus construe defendant's request as a motion for reconsideration. Because defendant has failed to present any new information, the motion for reconsideration is **DENIED**.

**IT IS SO ORDERED.**

Dated: April 28, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE