| | | |
|---|---|---|
| | UNITED STATES COURT OF APPEALS | **FILED** |
| | FOR THE NINTH CIRCUIT | MAY 11 2020 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

        Plaintiff-Appellee,

 v.

LUKE D. BRUGNARA,

        Defendant-Appellant.

No.   19-15018

D.C. Nos.   3:17-cv-03796-WHA
                3:14-cr-00306-WHA-1
Northern District of California,
San Francisco

ORDER

Before:     FERNANDEZ, SILVERMAN, and TALLMAN, Circuit Judges.

    The panel has voted to deny the petition for panel rehearing.

    The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. *See* Fed. R. App. P. 35.

    Brugnara's petition for panel rehearing and petition for rehearing en banc (Docket Entry No. 41) are denied.

    No further filings will be entertained in this closed case.