# UNITED STATES DISTRICT C[OURT] FILED
# SAN FRANCISCO

JUN 16 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES,
  Plaintiff

Cs#: 14-0306 WHA

v.

LUKE BRUGNARA,
  Defendant

## URGENT

EMERGENCY MOTION TO ORDER BOP TO COMPLY/FOLLOW FIRST STEP ACT FEDERAL LAW — (IMMEDIATELY PLACE BRUGNARA IN RRC/HOME CONFINEMENT ≤500 MILES FROM S.F., FOR 6 MONTHS AS MANDATED BY CONGRESS & DECLARATION LUKE BRUGNARA

Brugnara files this EMERGENCY MOTION with this Court to Order Bureau of Prisons ("BOP") to comply/follow the FIRST STEP ACT FEDERAL LAW, fully enacted July 19, 2019, which REQUIRES BOP to place Brugnara in HOME CONFINEMENT for "the final 10% of his sentence, or six (6) months of his sentence, whichever is less." Accordingly, Brugnara should have been released to home confinement on May 27, 2020 – 2 weeks ago – pursuant to Federal Law. Additionally, FIRST STEP ACT FEDERAL LAW required Brugnara to be ≤500 miles from San Francisco, which BOP has flouted/ignored/not-complied with Federal Law.

Brugnara was given a furlough and bus ticket itinerary for Geocare, SF, RRC placement on June 4th, 2020 by BOP, so Brugnara chose not to bother this Court with BOP's non-compliance for 7 days (May 27th – June 4th); moreover, Brugnara understood Geocare would immediately release Brugnara to home confinement. However, days before his June 4th departure, after Brugnara spent two (2) weeks in the requisite "quarantine unit" for release, BOP told Brugnara he would need to take a COVID-19 test before release. Brugnara agreed and took the test

1. Per First Step Act Federal Law regarding "non-compliance by BOP" Brugnara provided the warden with the requisite 30-day notice/demand prior to ~~submitting~~ filing this motion.

2. FIRST STEP ACT Federal Law SUPERCEDES/supplants all prior case(s) precedent permitting BOP full autonomy in placement of inmates. First Step Act law is the NEW Federal Law thereto.

a few days later, which involved a metal-wire swab ten (10) inches long being probed up his nose into his forehead sinus cavity... The BOP said Brugnara's release would be delayed a few days because of the COVID-19 test. Brugnara's COVID-19 test results came back negative on June 3rd, 2020 and Brugnara was given a new furlough documentation and bus ticket itinerary for a June 9th, 2020 release to S.F. Geocare (see attached)... Brugnara, under direction of BOP, sent by U.S. Mail, all of his voluminous Federal legal material and personal documents (letters, etc.) to Sea Cliff, SF, after receiving the first signed furlough release and bus ticket/itinerary weeks earlier, and gave away all of his property to go to "quarantine" (24/7 medical lockdown quarantine) to be released home in SF.

The day before Brugnara's release to S.F. Geocare, June 8th (literally hours before Brugnara's 2nd release furlough), BOP told Brugnara his "halfway house is cancelled because Geocare S.F. ~~does~~ not want you."... This is violation of Federal Law FIRST STEP ACT and Constitutional Law - EQUAL PROTECTION UNDER THE LAW. Brugnara should not even be required to go to RRC under FIRST STEP ACT FEDERAL LAW because he is low points (14 pts = LOW), white-collar, non-violent inmate = GUARANTEED 6 MONTHS HOME CONFINEMENT (on 84 month sentence). This is unequivocal, irrefutable, and the LAW. BOP simply is violating Federal Law and Brugnara's rights thereto. Moreover, BOP Policy also requires Brugnara to receive 6 months halfway house, and requires 6 months RRC "to reintegrate back into the community". Brugnara's rights under Equal Protection Under the Law are violated because ALL other white-collar inmates get 6 months, or more, of RRC/ home confinement (inmates: Thiel - 10 mos, Castell - 7 mos, Vega - 6 mos, Stephens 8 mos), 1, 2.

Time is of the essence. Brugnara has several pending Federal civil matters in S.F. that necessitate Brugnara's involvement and participation. More importantly, Brugnara's family, including four children (2 minors) have not seen Brugnara in 5 years due to BOP shenanigans, and desperately need their father. Brugnara completed his sentence. BOP must follow Federal Law FIRST STEP ACT. Respectfully, 5/8/20

*I DECLARE UNDER PENALTY THE FOREGOING TRUE AND CORRECT.  LUKE BRUGNARA  /s/ Brugnara

| BP-A0291 | FURLOUGH APPLICATION - APPROVAL AND RECORD | CDFRM |
|---|---|---|
| NOV 12 | | Sequence: 166582 |
| U.S. DEPARTMENT OF JUSTICE | | FEDERAL BUREAU OF PRISONS |

| Inmate's Name | Register No. | Institution (address and phone number) |
|---|---|---|
| BRUGNARA, LUKE D | 12047-111 | FLORENCE FCI<br>P.O. BOX 6500<br>FLORENCE, CO 81226<br>(719)784-9100 |

### APPLICATION

| Purpose of Visit | Sentry Assignment | Date/Time of Departure | Date/Time Returned |
|---|---|---|---|
| Furlough Transfer to RRC | FURL TRANS | 06/09/2020 06:00 | N/A |

Furlough Address (include name of responsible party if applicable):
RRC GEO-TAYLOR STREET FACL SF, 111 TAYLOR STREET, SAN FRANCISCO, CA. 94102

Telephone No. (Including Area Code): 415-346-9769

| Point of Contact for Emergency | Method of Transportation | Detainer/Pending Charges | Verified by (Last Name) |
|---|---|---|---|
| Unit Manage, Opts. Lt | Town Driver, Bus, Taxi | ___ Yes  ✓ No | |

**RECEIVED JUN 16 2020 SUSAN Y. SOONG CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**

NOTE TO APPLICANT: You are reminded that should any unusual circumstances arise during the period of your visit, you should notify the institution immediately at telephone: (719)784-9100

### UNDERSTANDING

I understand that if approved, I am authorized to be only in the area of the destination shown above and at ordinary stopovers or points on a direct route to or from that destination. I understand that my furlough only extends the limits of my confinement and that I remain in the custody of the Attorney General of the United States. If I fail to remain within the extended limits of this confinement, it shall be deemed as escape from the custody of the Attorney General, punishable as provided in Section 751 of Title 18, United States Code. I understand that I may be thoroughly searched upon my return to the institution and that I will be held responsible for any item of contraband or illicit material that is found. I have read or had read to me, and I understand that the foregoing conditions govern my furlough, and will abide by them. I have read or had read to me, and I understand the CONDITIONS OF FURLOUGH as set forth on the reverse of this form.

| See Signature Page, BP-A0291IS | BRUGNARA, LUKE D  See Signature Page, BP-A0291IS |
|---|---|
| Witness | Signature of Applicant |
| | 06/04/2020 |
| Title | Date Signed |

### ADMINISTRATIVE ACTION

| Information Verified by S. Smith | Title Case Manager |
|---|---|
| Name Of USPO Notified Anthony Castellano, Chief | Date of Notification 03/19/2019 |

Does USPO Have Any Objections to Furlough? (If so, explain) None

### APPROVAL

| Approval for the above named Inmate to leave the Institution on a furlough as outlined is hereby granted in accordance with P.L. 93-209 and the BOP Furlough Program Statement. The period of furlough is from 06/09/2020 06:00 to 06/10/2020 16:45 | As CMC, I have reviewed the Request for Activity Clearance (404) and the SENTRY CIM Clearance and Separatee Data and I recommend the inmate be approved to participate in this furlough.<br>☒ Yes  ☐ No  Signature of CMC _____ |
|---|---|

Chief Executive Officer (Name & Date) - Approval and signature certifies CIMS Clearance
☒ Approval  ☐ Disapproval
Reason(s) for disapproval:

### RECORD

| Date/Time Released: 06/09/2020 06:00 | Date/Time Returned: N/A |
|---|---|

Travel Schedule:
Depart FCI Florence, CO on 06/09/2020 @ 6:00 AM, en route to Pueblo bus station. Depart Pueblo on 06/09/2020 @ 8:35 AM, en route to California. Travel includes three (3) transfers in Denver, CO arriving @ 10:45 AM and departing @ 12:01 PM, Salt Lake City, UT arriving @ 10:35 PM and departing @ 11:30 PM, and Reno, NV arriving on 06/10/2020 @ 8:25 AM and departing @ 9:50 AM. Arrive in San Francisco, CA on 06/10/2020 @ 3:45 PM. Inmate advised to report to the RRC no later than; 4:45 PM via taxi. REQUIRED TO WEAR PROVIDED PPE WHILE ON FURLOUGH.

## STOP DETAIL

### Stop Details:

**TUESDAY, JUN 09, 2020**

---

**PUEBLO, CO**  
Carrier: GLI

Sched# 9276  
Arrive: N/A  
Depart: 08:35 am

---

**COLORADO SPRINGS, CO**  
Layover: 0h 10m  
Carrier: GLI

Sched# 9276  
Arrive: 09:25 am  
Depart: 09:35 am

---

**DENVER, CO**  
Carrier: GLI

Sched# 9276  
Arrive: 10:45 am  
Depart: N/A

---

**DENVER, CO**  
[transfer]  
Carrier: GLI

Sched# 1343  
Arrive: N/A  
Depart: 12:01 pm

---

**DENVER AMTRAK STA (E, CO**  
Carrier: GLI

Sched# 1343  
Arrive: 12:05 pm  
Depart: 12:05 pm

---

**FT COLLINS (E), CO**  
Carrier: GLI

Sched# 1343  
Arrive: 01:05 pm  
Depart: 01:05 pm

---

**CHEYENNE (E), WY**  
Layover: 0h 10m  
Carrier: GLI

Sched# 1343  
Arrive: 01:50 pm  
Depart: 02:00 pm

*Reno, NV*

[transfer]  
Carrier: GLI

Arrive: N/A  
Depart: 09:50 am

---

**TRUCKEE, CA**

Carrier: GLI

Sched# 8309  
Arrive: 10:40 am  
Depart: 10:40 am

---

**COLFAX, CA**  
Layover: 0h 05m

Carrier: GLI

Sched# 8309  
Arrive: 11:45 am  
Depart: 11:50 am

---

**ROSEVILLE (E), CA**

Carrier: GLI

Sched# 8309  
Arrive: 12:40 pm  
Depart: 12:40 pm

---

**SACRAMENTO, CA**  
Layover: 0h 30m

Carrier: GLI

Sched# 8309  
Arrive: 01:15 pm  
Depart: 01:45 pm

---

**OAKLAND, CA**  
Layover: 0h 10m

Carrier: GLI

Sched# 8309  
Arrive: 03:15 pm  
Depart: 03:25 pm

---

**SAN FRANCISCO, CA**

Carrier: GLI

Sched# 8309  
Arrive: 03:45 pm  
Depart: N/A

---

( CLOSE WINDOW )

| | |
|---|---|
| Layover: 0h 15m<br>Carrier: GLI | Arrive: 02:55 pm<br>Depart: 03:10 pm |

---

### RAWLINS (E), WY

Carrier: GLI

Sched# 1343  
Arrive: 04:50 pm  
Depart: 04:50 pm

---

### ROCK SPRINGS, WY

Layover: 0h 30m  
[rest/meal]  
Carrier: GLI

Sched# 1343  
Arrive: 06:45 pm  
Depart: 07:15 pm

---

### EVANSTON, WY

Layover: 0h 10m

Carrier: GLI

Sched# 1343  
Arrive: 08:55 pm  
Depart: 09:05 pm

---

### SALT LAKE CITY, UT

[rest/meal]  
Carrier: GLI

Sched# 1343  
Arrive: 10:35 pm  
Depart: N/A

---

### SALT LAKE CITY, UT

[transfer]  
Carrier: AMT

Sched# 0005  
Arrive: N/A  
Depart: 11:30 pm

---

### ELKO (E), NV

Carrier: AMT

Sched# 0005  
Arrive: 03:03 am  
Depart: 03:03 am

---

### WINNEMUCCA (E), NV

Carrier: AMT

Sched# 0005  
Arrive: 05:40 am  
Depart: 05:40 am

---

### RENO AMTRAK (E), NV

Carrier: AMT

Sched# 0005  
Arrive: 08:25 am  
Depart: N/A