UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR 14-00306 WHA |
| v. | |
| LUKE D BRUGNARA, | **ORDER RE MOTION FOR BOP PLACEMENT IN RRC OR HOME CONFINEMENT** |
| Defendant. | |

Defendant Luke Brugnara has filed a motion requesting placement in a residential reentry center or home confinement. BOP has the exclusive authority to designate a defendant's place of imprisonment and under 18 U.S.C. § 3621(b), "a designation of a place of imprisonment . . . is not reviewable by any court." Thus because this Court does not have jurisdiction, defendant's motion is **DENIED**.

**IT IS SO ORDERED.**

Dated: July 22, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE