UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>LUKE BRUGNARA,<br><br>    Defendant. | No. CR 14-00306 WHA<br><br>**ORDER RE LETTER FROM ROBERT KANE** |

     Defendant Luke Brugnara has made another motion requesting transfer to home confinement. The request was evidently written by Brugnara, himself, after he and his appointed counsel parted ways. The request, however, came under the letterhead of Robert Kane. Construing the request as a motion for reconsideration of past orders denying transfer to home confinement (Dkt. Nos. 916, 918), the motion is **DENIED**. As stated in previous orders addressing the same issues, defendant has failed to provide evidence or documents demonstrating compelling circumstances to warrant his transfer to home confinement.

     Additionally, Mr. Kane is not appointed counsel, and should have no role in this case unless he is prepared to make a formal appearance.

     **IT IS SO ORDERED.**

Dated: September 21, 2020.

                                                                           WILLIAM ALSUP<br>
                                                                           UNITED STATES DISTRICT JUDGE