UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR 14-00306 WHA |
| v. | |
| BRUGNARA, | **ORDER RE EMERGENCY MOTION FOR IMMEDIATE RELEASE** |
| Defendant. | |

Mr. Brugnara filed an emergency motion for immediate release due to sentence completion on October 6, 2020 (Dkt. 926). Mr. Brugnara has since been released from custody. Mr. Brugnara's motion is **DENIED** as moot and the government need not respond.

**IT IS SO ORDERED.**

Dated: December 15, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE